# Exhibit 12

# Elysium Global Group Structure Chart
22 February 2015

