# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DB246A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75DR2 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| DB246A02 | Natalia Verenilana | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | 6C75DR2 | Sandisk | SSD | 154773401317 | 240.00 | 2018/06/28 |
| DB246A03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 8Y75DR2 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DB246A04 | Utkar Tagiyea | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | GH75DR2 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| DB246A05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | E1YPC09 | Dell | Optiplex 7040 | 5H75DR2 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DB246A06 | Sandesh Dhomne | First Search Order - Premises | Floor | Pen Drive | N/A | Tata | N/A | N/A | Tata | ProductCode | 507213350249131547 | 8.00 | 2018/06/28 |
| DB246A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YPC01 | Dell | Optiplex 7040 | 6B75DR2 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DB246A08 | Claudia | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EA0CG077144443H 12M | Seagate | SSD | V750GT76 | 500.00 | 2018/06/28 |
| DB246A09 | Naghu (Intern) | First Search Order - Premises | Floor | Desktop | EQU-MAQ2 | Apple | MAC All in one | C02D128S5G7N | Apple | SSD | SPPRNY4GB46490 | 2000.00 | 2018/06/28 |
| DB246A10 | Nicola Montsehh | First Search Order - Premises | Floor | Laptop | EQU-MAQ6 | Apple | Macbook Pro | C02T129SG1FA | Apple | SSD | C02703.3D2NAHCGX18 | 500.00 | 2018/06/28 |
| DB246A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| DB246A12 | Oldilere Adojaoide | First Search Order - Premises | Floor | Desktop | EQU-MAQ4 | Apple | MAC All in one | C02D4WDCJ5G7N | Sandisk | SSD | SPRNYA5X65235 | 2000.00 | 2018/06/28 |
| DB246A13 | Maria Lis | First Search Order - Premises | Floor | Desktop | E1YPC12 | Dell | Optiplex 7040 | H875DR2 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| DB246A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75DR2 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DB246A15 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | E1YPC03 | Dell | Optiplex 7040 | BC75DR2 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DB246A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | EU1YB82J E1YLPT22 | Sony | VAIO | C02NC14383753A 12M | HGST | SSD | S000020K6G71PF | 1000.00 | 2018/06/28 |
| DB246A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A19 | Vidha Maneekoolya | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC10 | Dell | Optiplex 7040 | 7475DR2 | Sandisk | SSD | 154608404269 | 240.00 | 2018/06/28 |
| DB246A20 | Natalia Verenilana | First Search Order - Premises | Floor | Pen Drive | N/A | Apple | N/A | N/A | Kingston | DT57E G2 | 984F0A18E09 | 16.00 | 2018/06/28 |
| DB246A21 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | EQU-MAQ3 | Apple | MAC All in one | C02D2KZGG7N | Apple | SSD | SPRNY4GB33710 | 2000.00 | 2018/07/01 |
| DB246A22 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC07 | Dell | Optiplex 7040 | 4875DR2 | Sandisk | SSD | 154773402403 | 240.00 | 2018/07/01 |
| DB246A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC11 | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DB246A24 | Wasil Anwar | First Search Order - Premises | Floor | Desktop | E1YPC011 | Dell | Optiplex 7040 | BG75DR2 | Sandisk | SSD | 154976403825 | 240.00 | 2018/07/01 |
| DB246A25 | Natalia Verenilana | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVP132A1CM | 5462603B-00303B1 / Service | N/A | SSD | S35YHYA0623861 | 120.00 | 2018/06/28 |
| DB246A26 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | Dropbox | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DB246A27 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAQ1 | Apple | MAC All in one | C02DW2URG6G7N | Apple | SSD | SPPRNY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DB246A28 | Unknown | First Search Order - Premises | HR Room | Desktop | N/A | Apple | MAC Mini | C07H71A80101 | Hitachi / App | HDD | 1226005HHZP1C | 500.00 | 2018/07/01 |
| DB246A29 | Unknown | First Search Order - Premises | Storage Cabinet | Desktop | N/A | Apple | MAC Mini | C07H71A80101 | Toshiba | HDD | 1230VRSKT | 500.00 | 2018/07/01 |
| DB246A30 | Unknown | First Search Order - Premises | Storage Cabinet | Desktop | N/A | Apple | MAC Mini | C07LSP7D3D1 | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| DB246A31 | Unknown | First Search Order - Premises | Storage Cabinet | DVD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/07/01 |
| DB246A32 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Seagate | N/A | EA0CG077203419 12M | Seagate | SSD | S75000LM000-1U1 | 500.00 | 2018/07/01 |
| DB246A33 | Unknown | First Search Order - Premises | Storage Cal Laptop | N/A | Asus | UX305L | EA0CG148002010 12M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DB246A34 | Unknown | First Search Order - Premises | Storage Cal Laptop | N/A | Asus | UX305L | EA0C_C301 7M | N/A | N/A | N/A | 500.00 | 2018/07/02 |
| DB246A35 | Stephania Paun / Utki | First Search Order - Premises | Storage Cal Laptop | E1YLPT02 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DB246A36 | Unknown | First Search Order - Premises | admin@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DB246A37 | Sanjay Shah | First Search Order - Premises | asset@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.01 | 2018/07/02 |
| DB246A38 | Unknown | First Search Order - Premises | catchall@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DB246A39 | Sanjay Shah | First Search Order - Premises | ceo@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DB246A40 | Unknown | First Search Order - Premises | cfo@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| DB246A41 | Rashmi / Yothla / Mak | First Search Order - Premises | consultant@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DB246A42 | Sanjay Shah | First Search Order - Premises | director@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DB246A43 | Unknown | First Search Order - Premises | fd@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 3.00 | 2018/07/02 |
| DB246A44 | Stephania Paun / Utki | First Search Order - Premises | finance@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DB246A45 | Unknown | First Search Order - Premises | IT@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| DB246A46 | Wasil Anwar | First Search Order - Premises | HR@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| DB246A47 | Natalia Verenilana | First Search Order - UNI | Legal@elysiumglobal.com | Floor | Office 365 | N/A | Asus | UX305L | F19OC11556095A 12M | HGST | HDD | S0A000SSG9NT8K | 1000.00 | 2018/07/02 |
| DB246A48 | Unknown | First Search Order - Premises | ops@elysiumglobal.com | N/A | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| DB246A49 | Unknown | First Search Order - Premises | reception@elysiumglobal.com | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/15 |
| DB246A50 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| DB246A51 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/15 |
| DB246A52 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| DB246A53 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A54 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| DB246A55 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A56 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| DB246A57 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A58 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A59 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| DB246A60 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A61 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| DB246A62 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DB246A63 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A64 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/15 |
| DB246A65 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A66 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DB246A67 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DB246A68 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/10 |
| DB246A69 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DB246A70 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DB246A71 | Multiple | First Search Order - Premises | | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

Page 1

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D3246A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E5S1CSU5 | 1000.00 | 2018/08/14 |
| D3246A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXB1A75EZXLI | 1000.00 | 2018/08/17 |
| D3246A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E6S2KK07 | 3000.00 | 2018/07/17 (Failed) |
| D3246A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXD1E5SCCP1E | 1000.00 | 2018/07/25 |
| D3246A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D3246A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D3246A48 | Usha Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D3246A48 | Sandesh Dhomme | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D3246A48 | Wahl Anwar | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D3246A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D3246A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D3246A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D3246A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D3246A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D3246A48 | Unknown_HR | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D3246A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D3246A48 | Unknown_QO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D3246A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D3246A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D3246A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D3246A49 | Sandesh Dhomme | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D3246A49 | Wahl Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D3246A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D3246A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| D3246A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D3246A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D3246A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D3246A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.40 | 2018/09/25 |
| D3246A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D3246A49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D3246001 | Philip Punwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D3246002 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VMs content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D3246V01 | Multiple | Remote Server Collection | | DociCat DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D3246V02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D3246V03 | Multiple | Remote Server Collection | | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D3246V04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**