**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION<br>OF THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX REFUND<br>SCHEME LITIGATION<br><br>This document relates to case nos.:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713; 21-cv-05339. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S**
**MOTION *IN LIMINE* TO PRECLUDE EVIDENCE REGARDING NET SETTLEMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated

August 15, 2024, and the Declaration of Marc A. Weinstein, dated August 15, 2024, with all

exhibits thereto, plaintiff Skatteforvaltningen, by its undersigned attorneys, will move the Court

before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be

determined by the Court, for an order pursuant to Rules 402 and 403 of the Federal Rules of

Evidence precluding evidence and argument regarding net settlement, and for such other and

further relief as the Court deems just and proper.

Dated: New York, New York                     HUGHES HUBBARD & REED LLP
       August 15, 2024

                                                     By: /s/ Marc A. Weinstein
                                                        William R. Maguire
                                                        Marc A. Weinstein
                                                        Neil J. Oxford
                                                        Dustin P. Smith
                                                        Gregory C. Farrell
                                                        One Battery Park Plaza
                                                        New York, New York 10004-1482
                                                        Telephone: (212) 837-6000
                                                        Fax: (212) 422-4726
                                                        bill.maguire@hugheshubbard.com
                                                        marc.weinstein@hugheshubbard.com
                                                        neil.oxford@hugheshubbard.com
                                                        dustin.smith@hugheshubbard.com
                                                        gregory.farrell@hugheshubbard.com

                                                        *Counsel for Plaintiff Skatteforvaltningen*
                                                        *(Customs and Tax Administration of the*
                                                        *Kingdom of Denmark)*