# Exhibit 26

**From:**      Richard Markowitz <rmarkowitz@argremgt.com>
**To:**        Sanjay Shah <sanjay@elysiumdubai.com>, Omar Arti <Omar.Arti@solo.com>, Priyan Shah <priyan.shah@agrius-capital.com>
**Cc:**        Robert Klugman <rklugman@storcapital.com>, Adam Larosa <alarosa@argremgt.com>, "John H. van Merkensteijn, III" <jhvm@argremgt.com>
**Subject:**   Re: Dinner on Thursday Evening
**Sent:**      Tue 26/08/2014 3:05:33 PM (UTC)

Great.

See you all then.

- - - - - - - - - - - - - - - - - - - - - - - -

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel: (212) 247-2600
Fax: (212) 247-2753
Mobile: (917) 848-5675

---

**From:** Sanjay Shah <sanjay@elysiumdubai.com>
**Date:** Tuesday, August 26, 2014 at 11:02 AM
**To:** RICHARD MARKOWITZ <rmarkowitz@argremgt.com>, Omar Arti <Omar.Arti@solo.com>, Priyan Shah <priyan.shah@agrius-capital.com>
**Cc:** Robert Klugman <rklugman@storcapital.com>, Adam LaRosa <alarosa@argremgt.com>, "John Van Merkensteijn, III" <JHVM@Argremgt.com>
**Subject:** Re: Dinner on Thursday Evening

Hi Richard
On my side there will be four of us - Omar, Priyan, Edo and me.
Look forward to seeing you.
Regards
Sanjay

---

> **From:** Richard Markowitz
> **Sent:** Tuesday, 26 August 2014 10:57
> **To:** Sanjay Shah; Omar Arti; Priyan Shah
> **Cc:** Robert Klugman; Adam Larosa; John H. van Merkensteijn, III
> **Subject:** Dinner on Thursday Evening

We have reservations for dinner on Thursday, August 28th at 6 pm.

The Restaurant at the Nomad Hotel
1170 Broadway, at 28th Street

Looking forward to seeing you all there.

Richard

- - - - - - - - - - - - - - - - - - - - - - - -

Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street

ELYSIUM-09916835

Tel:(212) 247-2600
Fax:(212) 247-2753
Mobile:(917) 848-5675

ELYSIUM-09916835