# Exhibit 21

**Arnold & Porter Kaye Scholer LLP**

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | **General - Total** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355007



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        March 4, 2010
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 626801
**Our File Number:** 00647/0001                          **PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|            |                          | Hours |
|------------|--------------------------|------:|
| 01/12/2010 | Ben-Jacob, Michael       | 1.00  |
| 01/21/2010 | Ben-Jacob, Michael       | 0.67  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 02/02/2010 | Migliaccio, Christopher  | 2.75  |
| 02/03/2010 | Migliaccio, Christopher  | 1.00  |
| 02/04/2010 | Migliaccio, Christopher  | 1.50  |
| 02/05/2010 | Ben-Jacob, Michael       | 0.17  |
| 02/05/2010 | Migliaccio, Christopher  | 2.75  |
| 02/11/2010 | Ben-Jacob, Michael       | 0.25  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

RE: General                                                   Invoice#: 626801
Our File Number: 00647/0001                                   PAGE:    2

═══════════════════════════════════════════════════════════════════════════

████████████████████████████████████████████████

02/11/2010  Migliaccio, Christopher                                    3.50

███████████████████████████████████████████████
                                                              ----------
                                    Total Hours.................  13.75
                     Fees through 02/28/2010....................  $6,026.25


          *--------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate          Hours          Fees
          Ben-Jacob, Michael        $685.00        2.25      $1,541.25
          Migliaccio, Christopher    390.00       11.50       4,485.00

                     Fees through 02/28/2010..............   13.75      $6,026.25


          Fees this Invoice.........................................................   $6,026.25
          **Total Due this Invoice............................................**   **$6,026.25**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    WH_MDL_00355009

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

   **RE:** General                                          **Invoice#:** 626801
   **Our File Number:** 00647/0001                                **PAGE:**    3

===============================================================

<u>Kaye Scholer LLP</u>

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355010**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                April 12, 2010
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 631064
**Our File Number:** 00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                     | Hours |
|------------|---------------------|-------|
| 01/20/2010 | Tuchman, L.         | 0.50  |
| 01/20/2010 | Tuchman, L.         | 0.50  |
| 01/20/2010 | Tuchman, L.         | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael  | 0.67  |
| 01/21/2010 | Tuchman, L.         | 0.17  |
| 01/21/2010 | Tuchman, L.         | 0.17  |
| 01/21/2010 | Tuchman, L.         | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael  | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael  | 0.75  |

03/16/2010 Ben-Jacob, Michael — Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

**KAYE SCHOLER LLP**

TO:   Argre Management LLC                                    April 12, 2010

RE: General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                         **PAGE:**   2

═══════════════════════════════════════════════════════════════════════

| | | |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours................  13.01

Fees through 03/31/2010...................................   $8,723.50


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

═══════════════════════════════════════════════════════════════════════
**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355012**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      April 12, 2010

RE: General                                      Invoice#: 631064
Our File Number: 00647/0001                                      PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due........................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $8,723.50 |
| Total Due this Invoice................................................... | $8,723.50 |
| Prior Balance Due (from above).................................... | 6,026.25 |
| **TOTAL DUE**............................................................ | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355013

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    April 12, 2010

**RE:** General                                              **Invoice#:** 631064
**Our File Number:** 00647/0001                               **PAGE:**    4

===============================================================================

<u>Kaye Scholer LLP</u>

                                                        425 Park Avenue
                                                        New York, NY  10022-3598
                                                        212-836-8000
                                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    WH_MDL_00355014



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                        May 4, 2010
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com
     Attn: John H. van Merkensteijn, III


**RE:** General                                    **Invoice#:** 632796
**Our File Number:** 00647/0001                    **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010


On-Account Fees...............................................    $268.55
Adjusted Fees.................................................              $268.55
**Total Due this Invoice.............................................**    **$268.55**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355015



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
              Mail Code 81
              P. O. Box 11839
              Newark, New Jersey 07101-8138


# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
       153 East 53rd Street
       New York, New York 10022
       Attention: Marsha Burnett
       Telephone: 212.559.3787

       ABA Routing Number: 021000089
       Bank Identification Code/SWIFT Code: CITIUS33
       Account Name: Kaye Scholer LLP
       Account Number: 9981494431

       RE: Argre Management LLC
       Our File Number: 00647/0001
       Invoice Number: 632796
       Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    May 10, 2010
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 633095
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

| | | Hours |
|---|---|---|
| 04/16/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████████ | |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
| | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████████ | |
| 04/22/2010 | Tuchman, L. | 0.33 |
| | ██████████████████████████████ | |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
| | ██████████████████████████████ | |
| 04/23/2010 | Tuchman, L. | 4.25 |
| | ██████████████████████████████ | |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
| | ██████████████████████████████ | |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
| | ██████████████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355017**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                          May 10, 2010

  **RE:** General                                              **Invoice#:** 633095
  **Our File Number:** 00647/0001                              **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════

04/27/2010   Schneider, W.H.                                              0.25
█████████████████████████████████

04/27/2010   Tuchman, L.                                                  4.58
████████████████████████████████████████████████

04/28/2010   Ben-Jacob, Michael                                          0.25
█████████████████████████████████

04/28/2010   Tuchman, L.                                                  4.25
             Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
             conference call with potential investor; office conferences with M. Ben-
             Jacob re: proposed structure; revision of steps outline and charts; research
             carried interest issues and office conference with G. Benson.

04/29/2010   Ben-Jacob, Michael                                          0.83
████████████████████████████████████████

04/29/2010   Schneider, W.H.                                             0.25
████████████████████████████

04/29/2010   Tuchman, L.                                                  1.83
████████████████████████████████████████

                                               Total Hours................  22.99

             Fees through 04/30/2010...................................  $18,940.05


      *--------------------------------TIME AND FEE SUMMARY--------------------------------*
                           Rate          Hours          Fees
      Ben-Jacob, Michael    $685.00        5.75       $3,938.75
      Schneider, W.H.        875.00        0.50         437.50
      Tuchman, L.            870.00       16.74      14,563.80

             Fees through 04/30/2010...............   22.99      $18,940.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355018**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

**RE:** General                                              **Invoice#:** 633095
**Our File Number:** 00647/0001                               **PAGE:**    3

═══════════════════════════════════════════════════════════════════════

```
        *-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------*
            Meals                                          $77.90
                                                  --------------------
                    Total Costs through 04/30/2010........................    $77.90
```

| | | |
|---|---|---|
| Fees this Invoice.................................................... | $18,940.05 | |
| Less Discount of................................................. | (3,000.00) | |
| Adjusted Fees........................................................... | | $15,940.05 |
| Costs this Invoice......................................................... | | $77.90 |
| Total Due this Invoice................................................. | | $16,017.95 |
| Applied On-account Value......................................... | | (268.55) |
| **TOTAL DUE**........................................................... | | **$15,749.40** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355019**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          May 10, 2010

RE: General                                                 **Invoice#:** 633095
**Our File Number:** 00647/0001                              **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                                    425 Park Avenue
                                                    New York, NY  10022-3598
                                                    212-836-8000
                                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355020**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

RE: General                                        Invoice#: 635694
Our File Number: 00647/0001                              PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

| | | Hours |
|---|---|---|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| 04/25/2010 | Tuchman, L. | 2.75 |
| 04/26/2010 | Tuchman, L. | 3.83 |
| 04/30/2010 | Tuchman, L. | 1.33 |
| 05/02/2010 | Tuchman, L. | 1.75 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355021

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          June 8, 2010

RE: General                                              **Invoice#:** 635694
**Our File Number:** 00647/0001                          **PAGE:**    2

===============================================================================

| 05/03/2010 | Tuchman, L. | 0.75 |
|---|---|---|
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ██████████████████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ██████████████████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ██████████████████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ████████████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ████████████████ | |

                                                        ----------
                            Total Hours................    24.75

          Fees through 05/31/2010...................    $19,094.80


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355022**

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                                    June 8, 2010

**RE:** General                                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                                    **PAGE:**    3

|                    | Rate      | Hours | Fees        |
|--------------------|-----------|-------|-------------|
| Tuchman, L.        | $870.00   | 13.91 | $12,101.70  |
| Woodard, A.F.      | 895.00    | 4.17  | 3,732.15    |
| Benson, Gregg M    | 625.00    | 4.00  | 2,500.00    |
| Veillette, Rebecca | 285.00    | 2.67  | 760.95      |
| Fees through 05/31/2010.............. | | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------\*

Transportation                                                    $132.50

Total Costs through 05/31/2010........................            $132.50

Fees this Invoice........................................................    $19,094.80
Costs this Invoice.......................................................    $132.50
**Total Due this Invoice...............................................**    **$19,227.30**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                            June 8, 2010

RE: General                                                            Invoice#: 635694
Our File Number: 00647/0001                                            PAGE:     4

================================================================================

Kaye Scholer LLP

                                                    425 Park Avenue
                                                    New York, NY  10022-3598
                                                    212-836-8000
                                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 6, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                               **Invoice#:** 646735
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                    | Hours |
|------------|--------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael | 0.33  |
| 09/20/2010 | Tuchman, L.        | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael | 0.50  |
| 09/21/2010 | Tuchman, L.        | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael | 0.50  |
| 09/27/2010 | Tuchman, L.        | 1.00  |

Total Hours................. 3.17

Fees through 09/30/2010................................... $2,511.85


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Ben-Jacob, Michael | $685.00  | 1.33  | $911.05  |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355025**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 6, 2010

    **RE:** General                                              **Invoice#:** 646735
    **Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

| Tuchman, L. | 870.00 | 1.84 | 1,600.80 |
|---|---|---|---|
| Fees through 09/30/2010............... | | 3.17 | $2,511.85 |

Fees this Invoice.................................................................    $2,511.85

**Total Due this Invoice.............................................................**    **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                December 9, 2010
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                            **Invoice#:** 653901
**Our File Number:** 00647/0001                                **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 11/09/2010 | Ben-Jacob, Michael     | 1.67      |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael     | 0.25      |
| 11/11/2010 | Soloveichik, Sarah     | 0.17      |
| 11/12/2010 | Ben-Jacob, Michael     | 0.33      |
| 11/17/2010 | Tuchman, L.            | 2.75      |
| 11/18/2010 | Ben-Jacob, Michael     | 0.33      |
| 11/18/2010 | Gartner, Gary J        | 1.00      |
| 11/18/2010 | Tuchman, L.            | 0.83      |
| 11/19/2010 | Ben-Jacob, Michael     | 0.17      |
| 11/19/2010 | Gartner, Gary J        | 1.83      |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      December 9, 2010

    **RE:** General                                                  **Invoice#:** 653901
    **Our File Number:** 00647/0001                                  **PAGE:**    2

===============================================================================



| | | |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                       Total Hours................  27.67

              Fees through 11/30/2010...................................  $22,438.45

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355029**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                  December 9, 2010

RE: General                                                 Invoice#: 653901
Our File Number: 00647/0001                                 PAGE:    3

═══════════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010.............. | | 27.67 | $22,438.45 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................ | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................................ | $22,438.45 | |
| Less Discount of................................................ | (2,069.85) | |
| Adjusted Fees........................................................ | | $20,368.60 |
| Total Due this Invoice........................................ | | $20,368.60 |
| Prior Balance Due (from above)................................ | | 2,511.85 |
| **TOTAL DUE**........................................................ | | **$22,880.45** |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355030

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          January 28, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III


      **RE:** General                                    **Invoice#:** 657645
      **Our File Number:** 00647/0001                    **PAGE:**     1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|            |                                                                                                | **Hours** |
|------------|------------------------------------------------------------------------------------------------|-----------|
| 12/01/2010 | Gartner, Gary J                                                                                | 1.75      |
|            | Telephone conference regarding withholding issue and consideration of Code provision.          |           |
| 12/01/2010 | Scheine, Jeffrey D                                                                             | 0.50      |
|            | Discussion with Louis Tuchman concerning foreign tax credit issues.                            |           |
| 12/01/2010 | Tuchman, L.                                                                                    | 2.17      |
|            | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; █████████████████████ |           |
| 12/01/2010 | Soloveichik, Sarah                                                                            | 0.17      |
|            | Received background information from Louis Tuchman.                                             |           |
| 12/02/2010 | Ben-Jacob, Michael                                                                            | 1.17      |
|            | ████████████████████████████████████                                                           |           |
| 12/02/2010 | Gartner, Gary J                                                                                | 1.08      |
|            | Consider issues regarding single stock future.                                                 |           |
| 12/02/2010 | Tuchman, L.                                                                                    | 0.25      |
|            | Office conference with M.B. Jacobs re: domain trading.                                          |           |
| 12/03/2010 | Ben-Jacob, Michael                                                                            | 1.00      |
|            | ████████████████████████████████████                                                           |           |
| 12/03/2010 | Gartner, Gary J                                                                                | 0.83      |
|            | ████████████████████████████████████                                                           |           |
| 12/03/2010 | Soloveichik, Sarah                                                                            | 2.33      |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

RE: General                                          Invoice#: 657645
Our File Number: 00647/0001                              PAGE:   2

===============================================================================

|            |                                                                                      |      |
|------------|--------------------------------------------------------------------------------------|------|
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. |      |
| 12/03/2010 | Soloveichik, Sarah                                                                   | 0.75 |
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. |      |
| 12/06/2010 | Ben-Jacob, Michael                                                                   | 1.58 |
|            | Call with Jerome re German tax refund/FTC questions ███████████████                  |      |
| 12/06/2010 | Wells, Peter B                                                                       | 2.58 |
|            | ██████████████████████████████                                                       |      |
| 12/07/2010 | Ben-Jacob, Michael                                                                   | 1.08 |
|            | ██████████████████████████████                                                       |      |
| 12/07/2010 | Wells, Peter B                                                                       | 4.42 |
|            | ██████████████████████████████                                                       |      |
| 12/08/2010 | Ben-Jacob, Michael                                                                   | 1.67 |
|            | ██████████████████████████████                                                       |      |
| 12/08/2010 | Tuchman, L.                                                                          | 1.25 |
|            | ██████████████████████████████                                                       |      |
| 12/08/2010 | Wells, Peter B                                                                       | 1.42 |
|            | ██████████████████████████████                                                       |      |
| 12/09/2010 | Ben-Jacob, Michael                                                                   | 0.33 |
|            | ██████████████████████████████                                                       |      |
| 12/09/2010 | Wells, Peter B                                                                       | 1.67 |
|            | ██████████████████████████████                                                       |      |
| 12/15/2010 | Ben-Jacob, Michael                                                                   | 0.25 |
|            | ██████████████████████████████                                                       |      |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     January 28, 2011

    RE: General                                           **Invoice#:** 657645
    **Our File Number:** 00647/0001                        **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════

12/21/2010   Ben-Jacob, Michael    ███████████████████████████        0.50

12/22/2010   Ben-Jacob, Michael    ███████████████████████████        0.25

12/28/2010   Wells, Peter B        ████████████████████████████████   1.17

12/30/2010   Wells, Peter B        ███████████████████████            0.25
                                                                    -----------
                                            Total Hours.................   30.42

             Fees through 12/31/2010....................   $18,780.00


     *--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                        | Rate     | Hours | Fees       |
|------------------------|----------|-------|------------|
| Ben-Jacob, Michael     | $685.00  | 7.83  | $5,363.55  |
| Gartner, Gary J        | 930.00   | 3.66  | 3,403.80   |
| Scheine, Jeffrey D     | 820.00   | 0.50  | 410.00     |
| Tuchman, L.            | 870.00   | 3.67  | 3,192.90   |
| Soloveichik, Sarah     | 290.00   | 3.25  | 942.50     |
| Wells, Peter B         | 475.00   | 11.51 | 5,467.25   |
| Fees through 12/31/2010............... |          | 30.42 | $18,780.00 |


             Fees this Invoice...................................   $18,780.00
             Less Discount of...............................      (3,780.00)
             Adjusted Fees............................................................   $15,000.00


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355034**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

RE: General                                              Invoice#: 657645
Our File Number: 00647/0001                                    PAGE:    4

Total Due this Invoice...................................................    $15,000.00

NET DUE UPON RECEIPT

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

| Date | Name | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
| | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
| | Call with John re ex-dividend transaction; related consideration of memo. | |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
| | Attention to memo. | |
| 02/04/2011 | Abramowitz, L. | 0.50 |
| | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
| | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
| | Review US/German Tax treaty and structuring memo. | |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
| | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | |
| 02/07/2011 | Tuchman, L. | 1.67 |
| | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | |
| 02/07/2011 | Woodard, A.F. | 0.17 |
| | Review of material re German investment. | |
| 02/07/2011 | Wells, Peter B | 1.25 |
| | ███████████████████████████████ | |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt, John and Jerome re ex-dividend transaction ███████████ | |

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                          March 15, 2011

RE: General                                                **Invoice#:** 663115
**Our File Number:** 00647/0001                               **PAGE:**    2

===============================================================================

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | 3.25 |
| 02/08/2011 | Woodard, A.F. | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | 1.84 |
| 02/08/2011 | Wells, Peter B | ███████████████ | 1.00 |
| 02/09/2011 | Ben-Jacob, Michael | Calls with John re ex-dividend transaction; related conference call with London advisors. | 1.83 |
| 02/09/2011 | Tuchman, L. | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | 2.17 |
| 02/09/2011 | Woodard, A.F. | Conference call client; office conference L. Tuchman and review of material. | 0.92 |
| 02/09/2011 | Wells, Peter B | ██████████████████ | 0.67 |
| 02/09/2011 | Wells, Peter B | ██████████████████ | 1.50 |
| 02/10/2011 | Ben-Jacob, Michael | ██████████████████ | 0.50 |
| 02/10/2011 | Eichel, Steven R | ██████████████████ | 0.54 |
| 02/10/2011 | Wells, Peter B | ██████████████████ | 1.50 |
| 02/11/2011 | Ben-Jacob, Michael | ██████████████████ | 0.75 |
| 02/11/2011 | Eichel, Steven R | ██████████████████ | 0.67 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                    March 15, 2011

RE: General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                              **PAGE:**    3

===================================================================



| | | |
|---|---|---|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours................ 35.55

Fees through 02/28/2011.................................... $24,855.40

*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate        Hours            Fees

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                        March 15, 2011

RE: General                                                   **Invoice#:** 663115
**Our File Number:** 00647/0001                                    **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice.................................................   $24,855.40
Less Discount of...............................................   (4,000.00)
Adjusted Fees.........................................................................   $20,855.40
**Total Due this Invoice.............................................................**   **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355041

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                  August 9, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 676549
**Our File Number:** 00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 07/12/2011 | Eichel, Steven R   | 0.75      |
| 07/19/2011 | Tuchman, L.        | 0.75      |
|            | Total Hours......... | 1.50    |

Fees through 07/31/2011.....................................   $1,173.75

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Tuchman, L.        | $875.00  | 0.75  | $656.25   |
| Eichel, Steven R   | 690.00   | 0.75  | 517.50    |
| Fees through 07/31/2011.............. | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| Transportation                              | $293.70  |
|---------------------------------------------|----------|
| Messengers/Courier                          | 26.25    |
| Total Costs through 07/31/2011.........................| $319.95 |

| Fees this Invoice........................................................ | $1,173.75 |
|--------------------------------------------------------------------------|-----------|
| Costs this Invoice...................................................... | $319.95   |
| **Total Due this Invoice..............................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355042

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355043



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    September 12, 2011
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III


**RE:** General                                              **Invoice#:** 679893
**Our File Number:** 00647/0001                              **PAGE:**     1

===========================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

===========================================================================

                                                                    **Hours**

08/15/2011  Ben-Jacob, Michael                                         1.00

            ███████████████████████████████████████████████

08/16/2011  Ben-Jacob, Michael                                         0.17

            ████████████████████████████████████
                                                              ----------
                                    Total Hours.................       1.17

            Fees through 08/31/2011....................     $830.70


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

                              Rate          Hours           Fees
Ben-Jacob, Michael          $710.00          1.17          $830.70

            Fees through 08/31/2011..............     1.17     $830.70


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

        **Invoice#**              **Date**                  **Amount**
        676549               08/09/2011                    $1,493.70

        Prior Balance Due........................................................     $1,493.70


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    September 12, 2011

    **RE:** General                                    **Invoice#:** 679893
    **Our File Number:** 00647/0001                          **PAGE:**    2

---

Fees this Invoice.............................................................. $830.70

Total Due this Invoice...................................................... $830.70

Prior Balance Due (from above).................................... 1,493.70

**TOTAL DUE**............................................................. **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          October 11, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                                     **Invoice#:** 682560
**Our File Number:** 00647/0001                                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                  | **Hours** |
|------------|----------------------------------------------------------------------------------|-----------|
| 09/12/2011 | Ben-Jacob, Michael                                                               | 0.42      |
|            | Call with Matt regarding pension structure for next ex-dividend deal.            |           |
| 09/12/2011 | Woodard, A.F.                                                                    | 1.75      |
|            | Office conference M. Ben-Jacob and research re proposed transaction.             |           |
| 09/13/2011 | Woodard, A.F.                                                                    | 3.17      |
|            | Office conference M. Ben-Jacob and research re proposed transaction.             |           |
| 09/14/2011 | Woodard, A.F.                                                                    | 4.00      |
|            | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. |           |
| 09/15/2011 | Ben-Jacob, Michael                                                               | 1.25      |
|            | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. |           |
| 09/15/2011 | Woodard, A.F.                                                                    | 2.17      |
|            | Office conference M. Ben-Jacob and review of material re UBTI and other issues.  |           |
| 09/16/2011 | Woodard, A.F.                                                                    | 0.83      |
|            | Review of material re UBTI and other issues.                                     |           |
| 09/20/2011 | Woodard, A.F.                                                                    | 0.25      |
|            | Telephone conference L. Tuchman re UBTI.                                         |           |
| 09/21/2011 | Woodard, A.F.                                                                    | 1.42      |
|            | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. |           |
| 09/22/2011 | Woodard, A.F.                                                                    | 0.42      |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355047

KAYE SCHOLER LLP

TO:     Argre Management LLC                                      October 11, 2011

    RE: General                                              **Invoice#:** 682560
    **Our File Number:** 00647/0001                            **PAGE:**    2

===============================================================================

| Date | Timekeeper | Hours |
|------|-----------|------:|
| 09/23/2011 | Woodard, A.F. | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | 0.17 |
| 09/28/2011 | Veillette, Rebecca | 2.25 |
| 09/29/2011 | Veillette, Rebecca | 0.25 |
| 09/30/2011 | Veillette, Rebecca | 1.08 |

    Total Hours................ 19.93

    Fees through 09/30/2011................................... $13,970.50


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|-----|------:|------:|------:|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

\*------------------------COSTS ADVANCED THROUGH 09/30/2011------------------------\*

    Corp. Filings & Searches                                  $661.75

    Total Costs through 09/30/2011......................... $661.75


    Fees this Invoice............................................................ $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

    **RE:** General                                           **Invoice#:** 682560
    **Our File Number:** 00647/0001                           **PAGE:**    3

================================================================================

        Costs this Invoice...........................................................    $661.75
        **Total Due this Invoice..................................................**    **$14,632.25**

                **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355050

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                      November 14, 2011
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

RE: General                                                  **Invoice#:** 685991
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                        | Hours |
|------------|------------------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                                     | 0.08  |
|            | ███████████████                                                        |       |
| 10/03/2011 | Eichel, Steven R                                                       | 1.83  |
|            | ██████████████████████████                                             |       |
| 10/04/2011 | Veillette, Rebecca                                                     | 0.33  |
|            | ████████████████████                                                   |       |
| 10/05/2011 | Eichel, Steven R                                                       | 0.67  |
|            | ███████████████████████                                                |       |
| 10/05/2011 | Veillette, Rebecca                                                     | 0.42  |
|            | ██████████████                                                         |       |
| 10/10/2011 | Ben-Jacob, Michael                                                     | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy.          |       |
| 10/10/2011 | Woodard, A.F.                                                          | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.                 |       |
| 10/12/2011 | Ben-Jacob, Michael                                                     | 0.50  |
|            | ███████████████████████                                                |       |
| 10/12/2011 | Woodard, A.F.                                                          | 0.50  |
|            | Review of material.                                                    |       |
| 10/13/2011 | Woodard, A.F.                                                          | 1.50  |
|            | Review of material re proposed transaction.                           |       |
| 10/17/2011 | Briggs, Lindsey V                                                      | 0.33  |
|            | ████████████████████                                                   |       |
| 10/18/2011 | Ben-Jacob, Michael                                                     | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody.      |       |
| 10/19/2011 | Ben-Jacob, Michael                                                     | 0.50  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355051

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    November 14, 2011

RE: General                                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                                **PAGE:**    2

===================================================================

|  |  |  |
|---|---|---|
| | Call with Matt, Jerome and Woody regarding pension - ex dividend planning. | |
| 10/19/2011 | Woodard, A.F. | 1.25 |
| | ██████████████████████████████████████████; conference call M. Ben-Jacob and client re proposed investment. | |

Total Hours................. 9.41

Fees through 10/31/2011.................................... $6,535.85


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 2.33 | $1,654.30 |
| Woodard, A.F. | 800.00 | 3.50 | 2,800.00 |
| Eichel, Steven R | 690.00 | 2.50 | 1,725.00 |
| Briggs, Lindsey V | 410.00 | 0.33 | 135.30 |
| Veillette, Rebecca | 295.00 | 0.75 | 221.25 |
| Fees through 10/31/2011............... | | 9.41 | $6,535.85 |


Fees this Invoice.......................................................... $6,535.85
**Total Due this Invoice...............................................** **$6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355053**



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                     December 12, 2011
      40 West 57th Street
      New York, New York  10019

**RE:** General                                              **Invoice#:** 688474
**Our File Number:** 00647/0001                                    **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                      |      Hours |
|------------|----------------------|-----------:|
| 11/08/2011 | Tuchman, L.          | 1.25 |
|            | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L.          | 0.75 |
|            | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael   | 0.25 |
|            | Call with Matt and Jerome regarding potential planning. | |

Total Hours................. 2.25

Fees through 11/30/2011.................................... $1,927.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Ben-Jacob, Michael | $710.00  | 0.25  | $177.50   |
| Tuchman, L.        | 875.00   | 2.00  | 1,750.00  |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |

*-----------------------COSTS ADVANCED THROUGH 11/30/2011----------------------*

| Corp. Filings & Searches | $224.25 |
|--------------------------|---------|
| Total Costs through 11/30/2011......................... | $224.25 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 685991   | 11/14/2011 | $6,535.85  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                December 12, 2011

    **RE:** General                                              **Invoice#:** 688474
    **Our File Number:** 00647/0001                           **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

Prior Balance Due...........................................................    $6,535.85


Fees this Invoice...........................................................    $1,927.50
Costs this Invoice..........................................................    $224.25
Total Due this Invoice......................................................    $2,151.75
Prior Balance Due (from above)..............................................    6,535.85
**TOTAL DUE**...............................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                   March 31, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                    **Invoice#:** 696544
**Our File Number:** 00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                       | Hours |
|------------|-----------------------|------:|
| 12/07/2011 | Veillette, Rebecca    | 1.00  |
| 12/08/2011 | Veillette, Rebecca    | 1.00  |
| 12/20/2011 | Ben-Jacob, Michael    | 0.75  |
| 12/20/2011 | Briggs, Lindsey V     | 0.25  |
| 12/21/2011 | Briggs, Lindsey V     | 0.42  |
| 12/21/2011 | Veillette, Rebecca    | 0.50  |
| 12/22/2011 | Veillette, Rebecca    | 0.50  |
| 02/02/2012 | Ben-Jacob, Michael    | 0.17  |
| 02/22/2012 | Ben-Jacob, Michael    | 0.25  |
| 02/23/2012 | Ben-Jacob, Michael    | 0.33  |
| 02/23/2012 | Stromberg, Thomas     | 1.50  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355057**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                           March 31, 2012

RE: General                                                          **Invoice#:** 696544
**Our File Number:** 00647/0001                                      **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════════

| Date | Name | Hours |
|---|---|---|
| 02/23/2012 | Sluder, Elizabeth C | 0.92 |
| 02/24/2012 | Stromberg, Thomas | 0.50 |
| 02/27/2012 | Stromberg, Thomas | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | 4.58 |
| 02/28/2012 | Stromberg, Thomas | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | 1.17 |
| 03/05/2012 | Wells, Peter B | 2.25 |
| 03/06/2012 | Wells, Peter B | 1.00 |
| 03/15/2012 | Wells, Peter B | 5.00 |

Work on issues related to due diligence for IRAs.

Total Hours................ 24.34

Fees through 03/31/2012.................................... $14,797.45

*-----------------------------TIME AND FEE SUMMARY-----------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355058**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 31, 2012

   **RE:** General                                        **Invoice#:** 696544
   **Our File Number:** 00647/0001                          **PAGE:**   3

=================================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012.............. | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

         *-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*
                   Duplicating                              $10.10
                   Transportation                            9.00
                   Corp. Filings & Searches                329.00
                   Messengers/Courier                       52.49
                   Meals                                    48.50
                                                    -------------------
                   Total Costs through 03/31/2012........................  $449.09


   Fees this Invoice...................................................  $14,797.45
   Costs this Invoice.................................................     $449.09
   **Total Due this Invoice...............................................**  **$15,246.54**

                   **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355060



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 14, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                        **Invoice#:** 702756
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

|                                        | **Hours** |
|----------------------------------------|-----------|
| 04/05/2012   Ben-Jacob, Michael        | 0.92      |
| 04/24/2012   Ben-Jacob, Michael        | 1.00      |
|              Total Hours.............   | 1.92      |
|     Fees through 04/30/2012.................................. | $1,401.60 |


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                      | Rate      | Hours | Fees       |
|----------------------|-----------|-------|------------|
| Ben-Jacob, Michael   | $730.00   | 1.92  | $1,401.60  |
| Fees through 04/30/2012............... | | 1.92 | $1,401.60 |

\*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------\*

| Messengers/Courier                               | $26.25  |
|--------------------------------------------------|---------|
| Filing Fees/Court Fees                           | 105.00  |
| Total Costs through 04/30/2012........................ | $131.25 |


| Fees this Invoice.................................................................... | $1,401.60 |
|---------------------------------------------------------------------------------------|-----------|
| Costs this Invoice................................................................... | $131.25   |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355061

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      May 14, 2012

    **RE:** General                                          **Invoice#:** 702756
    **Our File Number:** 00647/0001                          **PAGE:**    2

================================================================

    **Total Due this Invoice**................................................................    **$1,532.85**

        **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    June 18, 2012
      40 West 57th Street
      New York, New York 10019

**RE:** General                                    **Invoice#:** 705166
**Our File Number:** 00647/0001                      **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|  |  | **Hours** |
|---|---|---|
| 05/03/2012 | Ben-Jacob, Michael | 1.58 |
| 05/04/2012 | Ben-Jacob, Michael | 1.67 |

Total Hours................ 3.25

Fees through 05/31/2012................................... $2,372.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.25 | $2,372.50 |
| Fees through 05/31/2012............... | | 3.25 | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation | $11.00 |
|---|---|
| Messengers/Courier | 34.06 |
| Total Costs through 05/31/2012........................ | $45.06 |

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                        June 18, 2012

     **RE:** General                                             **Invoice#:** 705166
     **Our File Number:** 00647/0001                               **PAGE:**    2

===============================================================================

     Prior Balance Due.......................................................        $1,532.85


     Fees this Invoice.......................................................        $2,372.50
     Costs this Invoice......................................................          $45.06
     Total Due this Invoice..................................................        $2,417.56
     Prior Balance Due (from above)..........................................         1,532.85
     **TOTAL DUE**...........................................................        **$3,950.41**

                    **Please remit payment within thirty (30) days.**

          **IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                July 17, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                    **Invoice#:** 708329
**Our File Number:** 00647/0001                         **PAGE:**    1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

====================================================================

|  |  | **Hours** |
|---|---|---:|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours.................  3.66

Fees through 06/30/2012....................................  $1,371.15


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                                July 17, 2012

    **RE:** General                                                    **Invoice#:** 708329
    **Our File Number:** 00647/0001                                        **PAGE:**    2

===============================================================================

Fees through 06/30/2012...............    3.66    $1,371.15

\*------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due........................................................ | | $3,950.41 |

| | |
|---|---|
| Fees this Invoice........................................................ | $1,371.15 |
| Total Due this Invoice................................................... | $1,371.15 |
| Prior Balance Due (from above)........................................... | 3,950.41 |
| **TOTAL DUE**............................................................ | **$5,321.56** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          August 16, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 711502
**Our File Number:**00647/0001                      **PAGE:**    1

===========================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2012

===========================================================================

                                                                   **Hours**
                                                                   ----------
07/25/2012   Veillette, Rebecca                                      0.33

07/30/2012   Veillette, Rebecca                                      1.00
             Attention to forming Rajan Investments LLC.
                                                                   ----------
                                        Total Hours................  1.33

                    Fees through 07/31/2012...................   $392.35


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate         Hours          Fees
Veillette, Rebecca          $295.00         1.33        $392.35

             Fees through 07/31/2012...............    1.33       $392.35


*--------------------------------OUTSTANDING BALANCE--------------------------------*
        **Invoice#**              **Date**                   **Amount**
        708329                07/17/2012                    $1,371.15

        Prior Balance Due.........................................   $1,371.15



        Fees this Invoice.........................................     $392.35


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355070**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          August 16, 2012

   **RE:** General                                               **Invoice#:** 711502
   **Our File Number:** 00647/0001                                  **PAGE:**    2

===============================================================================

   Total Due this Invoice.................................................................    $392.35
   Prior Balance Due (from above)..................................................    1,371.15
   **TOTAL DUE**.............................................................................    **$1,763.50**

   **Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355072



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 13, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                              **Invoice#:** 713751
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | Hours |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. |  |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355073**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                            September 13, 2012

   **RE:** General                                                         **Invoice#:** 713751
   **Our File Number:** 00647/0001                                    **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

Fees this Invoice..........................................................................    $1,114.50

**Total Due this Invoice.................................................**    **$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 20, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                              **Invoice#:** 720986
**Our File Number:** 00647/0001                                   **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

| | | **Hours** |
|---|---|---:|
| 09/27/2012 | Ben-Jacob, Michael | 0.08 |
| 09/28/2012 | Ben-Jacob, Michael | 1.42 |
| 09/29/2012 | Ben-Jacob, Michael | 0.17 |
| 10/07/2012 | Ben-Jacob, Michael | 0.17 |
| 10/11/2012 | Wittenberg, Daniella T | 0.33 |
| 10/16/2012 | Veillette, Rebecca | 0.25 |
| 10/17/2012 | Wells, Peter B | 0.75 |
| 10/17/2012 | Veillette, Rebecca | 0.50 |
| 10/24/2012 | Veillette, Rebecca | 1.25 |
| 10/25/2012 | Wells, Peter B | 1.00 |
| 10/25/2012 | Veillette, Rebecca | 1.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     November 20, 2012

RE: General                                           **Invoice#:** 720986
**Our File Number:** 00647/0001                                 **PAGE:**    2

===============================================================================

| | | |
|---|---|---|
| 10/26/2012 | Veillette, Rebecca | 0.50 |

----------

Total Hours................ 7.92

Fees through 10/31/2012................................... $3,804.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.84 | $1,343.20 |
| Wells, Peter B | 640.00 | 1.75 | 1,120.00 |
| Wittenberg, Daniella T | 490.00 | 0.33 | 161.70 |
| Veillette, Rebecca | 295.00 | 4.00 | 1,180.00 |
| Fees through 10/31/2012............... | | 7.92 | $3,804.90 |

*-----------------------COSTS ADVANCED THROUGH 10/31/2012-----------------------*

| | |
|---|---|
| Corp. Filings & Searches | $2,633.00 |
| Conference & Legal Staff/Travel Working Meals | 27.57 |
| Total Costs through 10/31/2012......................... | $2,660.57 |

| | |
|---|---|
| Fees this Invoice............................................................... | $3,804.90 |
| Costs this Invoice............................................................... | $2,660.57 |
| **Total Due this Invoice................................................** | **$6,465.47** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355078

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 10, 2012
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

RE: General                                          **Invoice#:** 722890
**Our File Number:** 00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 11/01/2012 | Wells, Peter B       | 1.42      |
| 11/05/2012 | Wells, Peter B       | 1.50      |
| 11/07/2012 | Gartner, Gary J      | 1.50      |
| 11/08/2012 | Gartner, Gary J      | 0.83      |
| 11/08/2012 | Veillette, Rebecca   | 1.33      |
| 11/09/2012 | Gartner, Gary J      | 0.67      |
| 11/12/2012 | Ben-Jacob, Michael   | 0.08      |
| 11/14/2012 | Gartner, Gary J      | 1.08      |
| 11/15/2012 | Ben-Jacob, Michael   | 0.08      |
| 11/15/2012 | Gartner, Gary J      | 1.17      |
|            | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J      | 1.17      |
|            | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J      | 0.50      |
|            | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J      | 0.75      |
|            | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J      | 1.50      |
|            | Consider issues under proposed regs and trade. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 10, 2012

**RE:** General                                           **Invoice#:** 722890
**Our File Number:** 00647/0001                           **PAGE:**    2

---

11/29/2012  Gartner, Gary J                                              1.17
            Review of authorities on possible trade.

                                         Total Hours.................   14.75
                Fees through 11/30/2012....................   $12,924.75


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Ben-Jacob, Michael  | $730.00   | 0.16  | $116.80    |
| Gartner, Gary J     | 1,020.00  | 10.34 | 10,546.80  |
| Wells, Peter B      | 640.00    | 2.92  | 1,868.80   |
| Veillette, Rebecca  | 295.00    | 1.33  | 392.35     |
| Fees through 11/30/2012 | | 14.75 | $12,924.75 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2012-----------------------\*

Transportation                                              $84.81
Total Costs through 11/30/2012........................      $84.81

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date        | Amount     |
|----------|-------------|------------|
| 720986   | 11/20/2012  | $6,465.47  |
| Prior Balance Due........................................... | | $6,465.47 |


Fees this Invoice................................................................   $12,924.75
Costs this Invoice..............................................................   $84.81
Total Due this Invoice........................................................   $13,009.56
Prior Balance Due (from above)........................................   6,465.47
**TOTAL DUE**.......................................................................   **$19,475.03**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355080**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER  WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 727062
**PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | Hours |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| 12/05/2012 | Wells, Peter B | 1.75 |
|  | Total Hours................ | 3.75 |
|  | Fees through 12/31/2012..................................... | $2,400.00 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | |
|---|---|
| Fees this Invoice........................................................................ | $2,400.00 |
| **Total Due this Invoice**.............................................................. | **$2,400.00** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355082

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                February 21, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                           **Invoice#:** 728997
**Our File Number:**00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 01/22/2013 | Veillette, Rebecca    | 0.50      |
| 01/24/2013 | Tuchman, L. ████████  | 1.00      |
| 01/25/2013 | Tuchman, L. ████████  | 2.50      |
| 01/28/2013 | Tuchman, L. ████████  | 2.75      |
| 01/28/2013 | Veillette, Rebecca    | 1.08      |

Total Hours................. 7.83

Fees through 01/31/2013.................................... $6,231.90

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                    | Rate    | Hours | Fees       |
|--------------------|---------|-------|------------|
| Tuchman, L.        | $920.00 | 6.25  | $5,750.00  |
| Veillette, Rebecca | 305.00  | 1.58  | 481.90     |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

Reporters/Transcripts Fee                                 $99.00

Total Costs through 01/31/2013......................... $99.00

*----------------------------------OUTSTANDING BALANCE----------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 727062   | 01/29/2013 | $2,400.00  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355084

KAYE SCHOLER LLP

TO:   Argre Management LLC                                February 21, 2013

**RE:** General                                          **Invoice#:** 728997
**Our File Number:** 00647/0001                          **PAGE:**   2

| | |
|---|---|
| Prior Balance Due........................................................... | $2,400.00 |
| | |
| Fees this Invoice............................................. | $6,231.90 |
| Costs this Invoice............................................. | $99.00 |
| Total Due this Invoice........................................ | $6,330.90 |
| Prior Balance Due (from above)............................. | 2,400.00 |
| **TOTAL DUE**........................................... | **$8,730.90** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355086



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 25, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

       **RE:** General                                         **Invoice#:** 731658
       **Our File Number:**00647/0001                          **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 02/28/2013

|            |                     | Hours |
|------------|---------------------|------:|
| 02/12/2013 | Veillette, Rebecca  | 0.58  |
| 02/27/2013 | Veillette, Rebecca  | 0.58  |
| 02/27/2013 | Veillette, Rebecca  | 0.42  |

Total Hours................  1.58

Fees through 02/28/2013....................................  $481.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate    | Hours | Fees    |
|---------------------|---------|-------|---------|
| Veillette, Rebecca  | $305.00 | 1.58  | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 728997   | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................ | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice................................................................. | $481.90 |
| Total Due this Invoice......................................................... | $481.90 |
| Prior Balance Due (from above)............................................ | 6,330.90 |
| **TOTAL DUE**............................................................................ | **$6,812.80** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355088



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                                April 22, 2013
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com

**RE:** General                                              **Invoice#:** 734523
**Our File Number:**00647/0001                                **PAGE:**   1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 03/31/2013

|            |                   | Hours |
|------------|-------------------|------:|
| 03/04/2013 | Tuchman, L.       | 1.42  |
| 03/05/2013 | Tuchman, L.       | 1.75  |
| 03/06/2013 | Tuchman, L.       | 1.75  |
| 03/07/2013 | Tuchman, L.       | 1.00  |
| 03/07/2013 | Benson, Gregg M   | 4.00  |
| 03/08/2013 | Tuchman, L.       | 1.25  |
| 03/08/2013 | Benson, Gregg M   | 2.25  |
| 03/11/2013 | Tuchman, L.       | 1.75  |
| 03/13/2013 | Tuchman, L.       | 1.00  |
| 03/13/2013 | Benson, Gregg M   | 1.50  |
| 03/18/2013 | Schneider, W.H.   | 0.25  |
| 03/18/2013 | Snider, Vassa G   | 0.92  |

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                                April 22, 2013

RE: General                                                      **Invoice#:** 734523
**Our File Number:** 00647/0001                                   **PAGE:**   2

════════════════════════════════════════════════════════════════════════

███████████████████████████████████████████

03/19/2013   Snider, Vassa G                                                0.42
██████████████████████████████
03/20/2013   Veillette, Rebecca                                             0.33
             Attention to Bernina LLC documentation.
                                                                        _____
                                        Total Hours................   19.59
                                        Fees through 03/31/2013...................   $15,301.05


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*
                              Rate          Hours            Fees
Schneider, W.H.              $925.00          0.25         $231.25
Tuchman, L.                   920.00          9.92        9,126.40
Benson, Gregg M               715.00          7.75        5,541.25
Snider, Vassa G               225.00          1.34          301.50
Veillette, Rebecca            305.00          0.33          100.65
                                          _____      _____
                Fees through 03/31/2013...............     19.59        $15,301.05

    \*-----------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------\*
         Filing Fees/Court Fees                                 $125.00
                                                             _____
                Total Costs through 03/31/2013........................   $125.00

        \*---------------------------------OUTSTANDING BALANCE---------------------------------\*
         **Invoice#**              **Date**                          **Amount**
          731658              03/25/2013                         $481.90
                                                             _____
              Prior Balance Due........................................................   $481.90

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           **WH_MDL_00355090**

KAYE | SCHOLER LLP

TO:     Argre Management LLC                                           April 22, 2013

RE: General                                                    **Invoice#:** 734523
**Our File Number:** 00647/0001                                **PAGE:**     3

Fees this Invoice..................................................................     $15,301.05
Costs this Invoice................................................................     $125.00
Total Due this Invoice..........................................................     $15,426.05
Prior Balance Due (from above).............................................     481.90
**TOTAL DUE**..................................................................     **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     153 East 53rd Street
     New York, New York 10022
     Attention: Marsha Burnett
     Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER       WH_MDL_00355092



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      May 22, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                      **Invoice#:** 737633
**Our File Number:**00647/0001                       **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

---

|            |                      | Hours |
|------------|----------------------|------:|
| 04/08/2013 | Ben-Jacob, Michael   | 1.00  |
| 04/08/2013 | Schneider, W.H.      | 0.50  |
| 04/09/2013 | Ben-Jacob, Michael   | 0.25  |
| 04/09/2013 | Schneider, W.H.      | 0.75  |
| 04/09/2013 | Benson, Gregg M      | 0.50  |
| 04/10/2013 | Ben-Jacob, Michael   | 0.75  |
| 04/10/2013 | Schneider, W.H.      | 0.50  |
| 04/11/2013 | Benson, Gregg M      | 1.50  |
| 04/12/2013 | Schneider, W.H.      | 0.50  |
| 04/15/2013 | Ben-Jacob, Michael   | 0.67  |
| 04/15/2013 | Schneider, W.H.      | 0.25  |
| 04/15/2013 | Benson, Gregg M      | 2.17  |
| 04/16/2013 | Schneider, W.H.      | 0.25  |

Image Not
Available

TO:     Argre Management LLC                                    May 22, 2013

**RE:** General                                                **Invoice#:** 737633
**Our File Number:** 00647/0001                                **PAGE:**    2



| Date | Name | | Hours |
|---|---|---|---|
| 04/16/2013 | Benson, Gregg M | | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | | 0.42 |
| 04/17/2013 | Schneider, W.H. | | 1.00 |
| 04/17/2013 | Benson, Gregg M | | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013.....................................  $11,602.85

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice..........................................................................  $11,602.85
**Total Due this Invoice...............................................**  **$11,602.85**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      August 26, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                        **Invoice#:** 745613
**Our File Number:** 00647/0001                        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

Total Hours................. 2.34

Fees through 07/31/2013................................... $713.70

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |

Fees this Invoice........................................................................... $713.70
**Total Due this Invoice............................................................** **$713.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                      **WH_MDL_00355096**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355097**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                           September 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com


**RE:** General                                      **Invoice#:** 747225
**Our File Number:** 00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 08/09/2013 | Ben-Jacob, Michael     | 0.50      |
|            | ███████████████████████ |           |
| 08/12/2013 | Sausen, David          | 1.00      |
|            | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
|            | ████████████████████    |           |
| 08/15/2013 | Veillette, Rebecca     | 1.50      |
|            | ███████████████████     |           |
| 08/16/2013 | Sausen, David          | 0.50      |
|            | ████████████████ Telephone conference with M. Ben-Jaocb. ████ | |
| 08/21/2013 | Veillette, Rebecca     | 1.25      |
|            | ███████████████         |           |
| 08/26/2013 | Ben-Jacob, Michael     | 1.00      |
|            | ████████████████████████ |          |
| 08/26/2013 | Sausen, David          | 1.50      |
|            | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ████████████ | |
| 08/27/2013 | Veillette, Rebecca     | 1.25      |
|            | ███████████████████     |           |

                                   Total Hours................   8.50
                 Fees through 08/31/2013...................   $4,542.50


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                    September 10, 2013

**RE:** General                                            **Invoice#:** 747225
**Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================================

|                        | Rate       | Hours  | Fees       |
|------------------------|-----------:|-------:|-----------:|
| Ben-Jacob, Michael     | $755.00    | 1.50   | $1,132.50  |
| Sausen, David          | 730.00     | 3.00   | 2,190.00   |
| Veillette, Rebecca     | 305.00     | 4.00   | 1,220.00   |
| Fees through 08/31/2013............... |  | 8.50   | $4,542.50  |


\*-----------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|----------:|
| 745613   | 08/26/2013 | $713.70   |
| Prior Balance Due........................................................ |  | $713.70 |


| | |
|---|---:|
| Fees this Invoice........................................................ | $4,542.50 |
| Total Due this Invoice................................................. | $4,542.50 |
| Prior Balance Due (from above)................................. | 713.70 |
| **TOTAL DUE**........................................................... | **$5,256.20** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355100



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                                    October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                                          **Invoice#:** 749882
**Our File Number:**00647/0001                                                **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|  |  | **Hours** |
|---|---|---:|
| 09/10/2013 | Sausen, David | 0.50 |
|  | Emails with A. Larosa re: ex-dividend transaction. |  |
| 09/10/2013 | Veillette, Rebecca | 1.50 |
| 09/11/2013 | Veillette, Rebecca | 1.08 |
| 09/30/2013 | Ben-Jacob, Michael | 0.33 |

Total Hours................. 3.41

Fees through 09/30/2013.................................... $1,401.05


*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $755.00 | 0.33 | $249.15 |
| Sausen, David | 730.00 | 0.50 | 365.00 |
| Veillette, Rebecca | 305.00 | 2.58 | 786.90 |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |

Fees this Invoice.......................................................... $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355101**

KAYE│SCHOLER LLP

TO:    Argre Management LLC                                          October 7, 2013

    **RE:** General                                              **Invoice#:** 749882
    **Our File Number:** 00647/0001                                **PAGE:**    2

             **Total Due this Invoice**................................................................    **$1,401.05**

                 **Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 749882
      Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355103



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                     November 15, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                          **Invoice#:** 754424
**Our File Number:**00647/0001                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

|            |                  | **Hours** |
|------------|------------------|-----------|
| 10/06/2013 | Sausen, David    | 3.00      |

Tax research.  Prepared email to client re: ex-dividend transaction.

| 10/08/2013 | Sausen, David | 1.25 |

██████████████████████████ Revised email to client re: ex-dividend transaction.

| 10/09/2013 | Abramowitz, L. | 0.75 |

█████████████████████████

| 10/09/2013 | Sausen, David | 1.00 |

████████████████████████████████████

| 10/10/2013 | Sausen, David | 1.00 |

Discussions with G. Gartner and M. Ben-Jacob.  Revised email to client.
Email to M. Stein re: ex-dividend transaction.

Total Hours.................  7.00

Fees through 10/31/2013....................................   $5,245.00

*-------------------------------TIME AND FEE SUMMARY--------------------------------*

|                  | Rate      | Hours | Fees      |
|------------------|-----------|-------|-----------|
| Abramowitz, L.   | $910.00   | 0.75  | $682.50   |
| Sausen, David    | 730.00    | 6.25  | 4,562.50  |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355104**

# KAYE | SCHOLER LLP

TO:   Argre Management LLC                                      November 15, 2013

**RE:** General                                              **Invoice#:** 754424
**Our File Number:** 00647/0001                              **PAGE:**   2

---

Consultants/Experts                                    $1,100.00
         Total Costs through 10/31/2013.........................    $1,100.00


Fees this Invoice............................................................    $5,245.00
Costs this Invoice..........................................................    $1,100.00
**Total Due this Invoice..............................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355105**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355106



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 10, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                              **Invoice#:** 756477
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

```
*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------*
```
            Consultants/Experts                              $3,000.00
                                                             ------------------
                Total Costs through 11/30/2013........................  $3,000.00


Costs this Invoice.............................................................  $3,000.00
**Total Due this Invoice............................................**   **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355107**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              January 13, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                    **Invoice#:** 760179
**Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 12/11/2013 | Sausen, David        | 0.75      |
| 12/12/2013 | Sausen, David        | 0.25      |
| 12/16/2013 | Ben-Jacob, Michael   | 0.25      |
| 12/17/2013 | Sausen, David        | 0.50      |

Total Hours................. 1.75

Fees through 12/31/2013.................................... $1,283.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Ben-Jacob, Michael | $755.00  | 0.25  | $188.75    |
| Sausen, David      | 730.00   | 1.50  | 1,095.00   |
|                    | Fees through 12/31/2013............... | 1.75 | $1,283.75 |

Fees this Invoice........................................................................ $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                              **WH_MDL_00355109**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    January 13, 2014

    **RE:** General                                               **Invoice#:** 760179
    **Our File Number:** 00647/0001                            **PAGE:**    2

---

**Total Due this Invoice.................................................................**    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
       Mail Code 81
       P. O. Box 11839
       Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: Argre Management LLC
    Our File Number: 00647/0001
    Invoice Number: 760179
    Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER
                 WH_MDL_00355111



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              February 20, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                    **Invoice#:** 762871
**Our File Number:**00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  |  | **Hours** |
|---|---|---|
| 01/29/2014  Veillette, Rebecca | | 0.33 |
| ████████████████████ | | ---------- |
| | Total Hours................. | 0.33 |
| | Fees through 01/31/2014................................... | $103.95 |


\*-----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |


| | |
|---|---|
| Fees this Invoice.......................................................................... | $103.95 |
| **Total Due this Invoice................................................................** | **$103.95** |

**Please remit payment within thirty (30) days.**

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                       **WH_MDL_00355112**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                          July 22, 2014
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com

**RE:** General                                          **Invoice#:** 775031
**Our File Number:**00647/0001                           **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

|  |  | **Hours** |
|---|---|---|
| 06/13/2014 | Sausen, David | 1.25 |
|  | Telephone conference with Matt and John re: UBTI issues. Tax research. Telephone conference and emails with G. Weinkam. | |
| 06/17/2014 | Zwick, Mary L | 0.50 |
|  | ███████████████████████████████████ | |
| 06/26/2014 | Culhane, Stephen | 0.33 |
|  | ███████████████ | |
| 06/30/2014 | Culhane, Stephen | 0.25 |
|  | ███████████████████ | |

Total Hours................. 2.33

Fees through 06/30/2014.................................... $1,815.30

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 0.58 | $527.80 |
| Sausen, David | 760.00 | 1.25 | 950.00 |
| Zwick, Mary L | 675.00 | 0.50 | 337.50 |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice......................................................... $1,815.30
**Total Due this Invoice.............................................** **$1,815.30**

**Please remit payment within thirty (30) days.**

---



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 775031
      Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355115



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      August 25, 2014
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                            **Invoice#:** 777180
**Our File Number:**00647/0001                             **PAGE:**    1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2014

===============================================================

|              |                                                          | **Hours** |
|--------------|----------------------------------------------------------|-----------|
| 07/02/2014   | Culhane, Stephen                                         | 0.33      |
|              | Advisers Act issues with P Wells.                        |           |
| 07/08/2014   | Culhane, Stephen                                         | 0.67      |
|              | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |  |
| 07/09/2014   | Culhane, Stephen                                         | 0.50      |
|              | Telcon with Matt Stein.                                  |           |
| 07/10/2014   | Culhane, Stephen                                         | 0.33      |
|              | Conference with M Ben-Jacob.                             |           |

                                     Total Hours................. 1.83

                    Fees through 07/31/2014.................................... $1,665.30


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Culhane, Stephen   | $910.00  | 1.83  | $1,665.30 |

                    Fees through 07/31/2014.............. 1.83     $1,665.30


            Fees this Invoice........................................................... $1,665.30
            **Total Due this Invoice...............................................** **$1,665.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 777180
      Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355117



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                        September 24, 2014
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                                 **Invoice#:** 780144
**Our File Number:**00647/0001                                  **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 08/22/2014 | Golub, Elizabeth    | 0.33      |
| 08/26/2014 | Golub, Elizabeth    | 0.33      |
| 08/28/2014 | Ben-Jacob, Michael  | 0.17      |
| 08/28/2014 | Wells, Peter B      | 4.00      |
| 08/29/2014 | Wells, Peter B      | 1.67      |

Total Hours................  6.50

Fees through 08/31/2014....................................  $4,258.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate    | Hours | Fees      |
|--------------------|---------|-------|-----------|
| Ben-Jacob, Michael | $785.00 | 0.17  | $133.45   |
| Wells, Peter B     | 695.00  | 5.67  | 3,940.65  |
| Golub, Elizabeth   | 280.00  | 0.66  | 184.80    |
| Fees through 08/31/2014.............. | | 6.50 | $4,258.90 |

\*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------\*

| Corp. Filings & Searches | $484.50 |
|--------------------------|---------|
| Total Costs through 08/31/2014........................ | $484.50 |

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355118**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                September 24, 2014

**RE:** General                                           **Invoice#:** 780144
**Our File Number:** 00647/0001                           **PAGE:**    2

===============================================================================

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due........................................................... | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice........................................................... | $4,258.90 |
| Costs this Invoice.......................................................... | $484.50 |
| Total Due this Invoice..................................................... | $4,743.40 |
| Prior Balance Due (from above)............................................. | 1,665.30 |
| **TOTAL DUE**............................................................... | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 780144
      Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355120



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    November 14, 2014
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                          **Invoice#:** 783712
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 08/12/2014 | Ben-Jacob, Michael    | 0.42      |
| 09/04/2014 | Ben-Jacob, Michael    | 0.50      |
| 09/09/2014 | Ben-Jacob, Michael    | 0.50      |
| 09/11/2014 | Ben-Jacob, Michael    | 0.75      |
| 09/22/2014 | Ben-Jacob, Michael    | 1.50      |
| 09/22/2014 | Wells, Peter B        | 1.58      |
|            | Call with group re general plan issues. | |
| 09/25/2014 | Wells, Peter B        | 1.50      |
| 09/29/2014 | Ben-Jacob, Michael    | 0.50      |
|            | Conference with Peter re: structuring dissolution of plans and payments to Adam. | |
| 09/29/2014 | Wells, Peter B        | 2.50      |
| 09/30/2014 | Wells, Peter B        | 2.17      |
| 10/01/2014 | Wells, Peter B        | 0.75      |
| 10/09/2014 | Wells, Peter B        | 0.83      |
|            | Work on issues related to new plans. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355121**

KAYE | SCHOLER LLP

TO:     Argre Management LLC                                    November 14, 2014

**RE:** General                                              **Invoice#:** 783712
**Our File Number:** 00647/0001                                **PAGE:**    2

| | | | |
|---|---|---|---|
| 10/10/2014 | Wells, Peter B | | 0.50 |
| | Work on new plan matters. | | |
| 10/12/2014 | Ben-Jacob, Michael | | 1.58 |
| | ███████████████████████ | | |
| 10/13/2014 | Wells, Peter B | | 1.58 |
| | █████████████████████ | | |
| 10/14/2014 | Ben-Jacob, Michael | | 0.17 |
| | █████████████████████ | | |
| 10/14/2014 | Wells, Peter B | | 1.00 |
| | ████████████████████████ | | |
| 10/20/2014 | Veillette, Rebecca | | 0.50 |
| | █████████████████████████ | | |

Total Hours................  18.83

Fees through 10/31/2014....................................  $13,429.65

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014.............. | | 18.83 | $13,429.65 |

Fees this Invoice.........................................................................  $13,429.65
**Total Due this Invoice...............................................**  **$13,429.65**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 783712
Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355123



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                    December 24, 2014
          40 West 57th Street Suite 1610
          New York, New York 10019
          acolodner@maplept.com

**RE:** General                           **Invoice#:** 786881
**Our File Number:**00647/0001           **PAGE:**   1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2014

|  |  | **Hours** |
|---|---|---|
| 10/21/2014 | Ben-Jacob, Michael | 0.67 |
| 11/24/2014 | Culhane, Stephen | 0.25 |
|  | Total Hours................. | 0.92 |
|  | Fees through 11/30/2014................................... $753.45 | |

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    December 24, 2014

**RE:** General                                                **Invoice#:** 786881
**Our File Number:** 00647/0001                                **PAGE:**    2

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                          | Rate      | Hours | Fees      |
|--------------------------|-----------|-------|-----------|
| Ben-Jacob, Michael       | $785.00   | 0.67  | $525.95   |
| Culhane, Stephen         | 910.00    | 0.25  | 227.50    |
| Fees through 11/30/2014..............  |  | 0.92  | $753.45   |

Fees this Invoice.................................................................    $753.45
**Total Due this Invoice...............................................**    **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138


## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355126



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 791361
**Our File Number:**00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

|  |  |
|---|---|
| Total Hours................ | 1.25 |
| Fees through 12/31/2014.................................. | $868.75 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

|  |  |
|---|---|
| Fees this Invoice........................................................ | $868.75 |
| **Total Due this Invoice...........................................** | **$868.75** |

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355128

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2015** | 137.70 |
| **Total Amount Due**                          $ | <u>137.70</u> |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA 94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD 21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact: <u>Invoice@arnoldporter.com</u>

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355129

March 30, 2015                                                                    Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                                    **$137.70**

Page 1

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355130**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      July 31, 2015
      40 West 57th Street Suite 1610
      New York, New York 10019
      acolodner@maplept.com

**RE:** General                                          **Invoice#:** 805139
**Our File Number:**00647/0001                           **PAGE:**    1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2015

===============================================================

|            |                                                                                                                    | **Hours** |
|------------|--------------------------------------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                                                  | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. |           |
| 04/22/2015 | Veillette, Rebecca                                                                                                  | 1.30      |
|            | Attention to FBAR questions.                                                                                        |           |
| 04/24/2015 | Veillette, Rebecca                                                                                                  | 0.45      |
|            | Attention to FBAR matters.                                                                                          |           |
| 05/05/2015 | Veillette, Rebecca                                                                                                  | 0.40      |
|            | Attention to FBAR matters.                                                                                          |           |
| 05/07/2015 | Veillette, Rebecca                                                                                                  | 0.45      |
|            | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same.                      |           |
| 05/08/2015 | Veillette, Rebecca                                                                                                  | 0.20      |
|            | Attention to 2013 FBAR information.                                                                                 |           |
| 05/13/2015 | Veillette, Rebecca                                                                                                  | 0.45      |
|            | Attention to foreign tax reporting matters.                                                                        |           |

Total Hours................. 4.45

Fees through 06/30/2015................................... $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355131**

**KAYE│SCHOLER**LLP

TO:     Argre Management LLC                                                July 31, 2015

    **RE:** General                                                    **Invoice#:** 805139
    **Our File Number:** 00647/0001                                          **PAGE:**   2

---

```
*---------------------------------TIME AND FEE SUMMARY---------------------------------*
```

|                         | Rate      | Hours | Fees      |
|-------------------------|-----------|-------|-----------|
| Veillette, Rebecca      | $325.00   | 4.45  | $1,446.25 |
| Fees through 06/30/2015.............. |  | 4.45  | $1,446.25 |

Fees this Invoice.........................................................................   $1,446.25
**Total Due this Invoice..............................................................   $1,446.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355133**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                     August 21, 2015
        40 West 57th Street Suite 1610
        New York, New York 10019
        acolodner@maplept.com

**RE:** General                                   **Invoice#:** 807022
**Our File Number:**00647/0001               **PAGE:**   1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  | | **Hours** |
|---|---|---|
| 07/14/2015 Golub, Elizabeth | | 0.25 |
| | | ---------- |
| | Total Hours................ | 0.25 |
| | Fees through 07/31/2015.................................... | $70.00 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

\*-----------------------COSTS ADVANCED THROUGH 07/31/2015-----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $250.50 |
| Total Costs through 07/31/2015......................... | $250.50 |

| | |
|---|---|
| Fees this Invoice.......................................................................... | $70.00 |
| Costs this Invoice........................................................................ | $250.50 |
| **Total Due this Invoice.................................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355134**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Christopher Kary
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 807022
      Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH