# Exhibit 23

KAYE | SCHOLER LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn, III
60 Riverside Blvd.
Apt. 2101
New York, New York 10069
jhvm@argremgt.com; pa.steph.nyc@gmail.com

April 14, 2015
(Revised May 6, 2015)

**RE:** Ex-Dividend Trades
**Our File Number:** 63393/0009

**Invoice#:** 794632
**PAGE:** 11

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 02/28/2015

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 02/02/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/02/2015 | Veillette, Rebecca<br>Attention to administration matters. Interoffice emails regarding same. Form new Delaware LLC. | 1.05 |
| 02/03/2015 | Wells, Peter B<br>Attention to matters related to brokerage arrangements. | 1.20 |
| 02/03/2015 | Gregory, Amy<br>Department related billable work , complete electronic on-boarding applications for trading partnerships for each Roth 401K Plan. | 2.00 |
| 02/04/2015 | Wells, Peter B<br>Attention to matters with new brokers. | 0.75 |
| 02/04/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each roth 401k plan. | 7.00 |
| 02/04/2015 | Veillette, Rebecca<br>Attention to administration matters and documents regarding pension plans. | 2.30 |
| 02/05/2015 | Wells, Peter B<br>Attention to broker matters and issues related to reclaims. | 1.10 |
| 02/05/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/05/2015 | Veillette, Rebecca<br>Attention to administration matters regarding pension plans. | 1.20 |

KAYE | SCHOLER LLP

TO: John H. van Merkensteijn, III April 14, 2015

**RE:** Ex-Dividend Trades **Invoice#:** 794632
**Our File Number:** 63393/0009 **PAGE:** 12

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 02/06/2015 | Wells, Peter B<br>Attention to issues related to plans and new brokers. | 2.00 |
| 02/06/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/09/2015 | Wells, Peter B<br>Attention to issues related to new brokers and lending agreements. | 1.50 |
| 02/09/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/10/2015 | Wells, Peter B<br>Attention to issues related to brokers and securities lending agreements. | 1.20 |
| 02/10/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 5.00 |
| 02/11/2015 | Wells, Peter B<br>Attention to various plan matters. | 1.00 |
| 02/11/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/12/2015 | Wells, Peter B<br>Attention to reclaim matters and Form 6166 issues. Calls with the IRS re the same. | 1.00 |
| 02/12/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/13/2015 | Wells, Peter B<br>Work on issues related to reclaim matters. | 1.50 |
| 02/13/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |

| | | |
|---|---|---|
| 02/17/2015 | Gregory, Amy<br>Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/17/2015 | Veillette, Rebecca<br>Attention to administration matters regarding pension plans. | 1.05 |
| 02/18/2015 | Gregory, Amy<br>Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/18/2015 | Veillette, Rebecca<br>Attention to administration matters regarding pension plans. | 2.45 |
| 02/19/2015 | Ben-Jacob, Michael<br>Attention to documents needed for new plans. | 0.67 |
| 02/19/2015 | Wells, Peter B<br>Attention to various trading matters. | 1.00 |
| 02/19/2015 | Golub, Elizabeth<br>Attention to administrative matters. | 1.50 |
| 02/19/2015 | Gregory, Amy<br>Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/19/2015 | Veillette, Rebecca<br>Attention to administration matters. | 1.20 |
| 02/20/2015 | Wells, Peter B<br>Attention to various issues related to trading matters. Emails and correspondence re the same. | 6.00 |
| 02/20/2015 | Hans, Brian D<br>Coordinate signing of documents for P Wells. | 0.75 |
| 02/20/2015 | Gregory, Amy<br>Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | 7.00 |
| 02/20/2015 | Veillette, Rebecca<br>Attention to administration matters. | 2.15 |

| Date | Name / Description | Hours |
|---|---|---|
| 02/21/2015 | Wells, Peter B<br>Attention to various issues related to trading matters. | 2.00 |
| 02/23/2015 | Wells, Peter B<br>Attention to trading matters. Call with Solo re the same. | 1.00 |
| 02/23/2015 | Gregory, Amy<br>Attention Administration: upload electronic copies of partnership agreements with Trance Services, Treehurst and Principle Markets to client file on iManage. Insert original signature pages with the original documents and prepped for storage in records. | 7.00 |
| 02/23/2015 | Veillette, Rebecca<br>Attention to administration matters. | 1.05 |
| 02/24/2015 | Wells, Peter B<br>Work on trading matters and reclaim issues. | 0.75 |
| 02/24/2015 | Gregory, Amy<br>Attention Administration: upload electronic copies of partnership agreements with Trance Services, Treehurst and Principle Markets to client file on iManage. Insert original signature pages with the original documents and prepped for storage in records. | 7.00 |
| 02/24/2015 | Veillette, Rebecca<br>Attention to administration matters. | 1.20 |
| 02/25/2015 | Wells, Peter B<br>Work on trading matters and issues related to reclaim issues. | 3.50 |
| 02/25/2015 | Gregory, Amy<br>Attention Administration: performed maintenance on client files in iManage, making sure all documents are executed and up loaded, in preparation for new partnership agreements. | 3.00 |
| 02/25/2015 | Veillette, Rebecca<br>Attention to administrative matters. | 1.45 |

KAYE | SCHOLER LLP

TO: John H. van Merkensteijn, III April 14, 2015

**RE:** Ex-Dividend Trades **Invoice#:** 794632
**Our File Number:** 63393/0009 **PAGE:** 15

| Date | Name / Description | Hours |
|---|---|---|
| 02/26/2015 | Wells, Peter B<br>Attention to issues related to broker on-boarding and reclaim matters. | 2.50 |
| 02/26/2015 | Allen, Kelsey<br>Filled out and completed Sapien Customer Information and Tax forms. | 4.75 |
| 02/26/2015 | Ford, Catherine<br>Completing documents for Sapien - Customer information and disclosure forms - Non-Retail clients. | 4.75 |
| 02/26/2015 | Gregory, Amy<br>Attention to administration: Complete new on-boarding questionnaires and partnership agreements for 140 Roth 401(K) plans. | 7.00 |
| 02/26/2015 | Veillette, Rebecca<br>Attention to administration matters. | 2.15 |
| 02/27/2015 | Wells, Peter B<br>Attention to issues related to brokers and reclaim matters. | 1.90 |
| 02/27/2015 | Allen, Kelsey<br>Completed Customer information and tax forms; Reviewed forms; Assembled final PDF documents; Scanned signature pages. | 4.75 |
| 02/27/2015 | Ford, Catherine<br>Completing documents for Sapien - Customer Information and disclosure forms. | 4.75 |
| 02/27/2015 | Gregory, Amy<br>Attention to administration: Complete new on-boarding questionnaires and partnership agreements for 140 Roth 401(K) plans. | 7.00 |
| 02/27/2015 | Veillette, Rebecca<br>Attention to administration matters. | 0.50 |

Total Hours................ 191.57

Fees through 02/28/2015.................................. $52,533.70

KAYE | SCHOLER LLP

TO: John H. van Merkensteijn, III

April 14, 2015

**RE:** Ex-Dividend Trades
**Our File Number:** 63393/0009

**Invoice#:** 794632
**PAGE:** 16

*------------------------------------TIME AND FEE SUMMARY------------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $810.00 | 0.67 | $542.70 |
| Wells, Peter B | 715.00 | 29.90 | 21,378.50 |
| Hans, Brian D | 605.00 | 0.75 | 453.75 |
| Allen, Kelsey | 170.00 | 9.50 | 1,615.00 |
| Ford, Catherine | 170.00 | 9.50 | 1,615.00 |
| Golub, Elizabeth | 280.00 | 1.50 | 420.00 |
| Gregory, Amy | 170.00 | 122.00 | 20,740.00 |
| Veillette, Rebecca | 325.00 | 17.75 | 5,768.75 |
| Fees through 02/28/2015.............. | | 191.57 | $52,533.70 |

*-----------------------COSTS ADVANCED THROUGH 02/28/2015-----------------------*

| | |
|---|---|
| Duplicating | $512.40 |
| Transportation | 233.44 |
| Corp. Filings & Searches | 379.00 |
| Messengers/Courier | 191.77 |
| Conference & Legal Staff/Travel Working Meals | 25.59 |
| Total Costs through 02/28/2015........................ | $1,342.20 |

KAYE | SCHOLER LLP

TO: John H. van Merkensteijn, III

April 14, 2015

**RE:** Ex-Dividend Trades
**Our File Number:** 63393/0009

**Invoice#:** 794632
**PAGE:** 17

---

For Payor: Markowitz, Richard (40559)

*-----------------------------------OUTSTANDING BALANCE-----------------------------------*

| Invoice# | Date | Amount |
| --- | --- | --- |
| Prior Balance Due............ | | $0.00 |
| Fees this Invoice............ | | $17,336.12 |
| Costs this Invoice............ | | $442.92 |
| Total Due this Invoice............ | | $17,779.04 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

KAYE SCHOLER LLP

TO: John H. van Merkensteijn, III April 14, 2015

**RE:** Ex-Dividend Trades **Invoice#:** 794632

**Our File Number:** 63393/0009 **PAGE:** 19

For Payor: Stor Capital Consulting LLC (77694)

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 794116 | 03/20/2015 | $25,065.66 |
| 794118 | 03/20/2015 | 6,557.44 |
| Prior Balance Due | | $31,623.10 |
| Fees this Invoice | | $17,336.12 |
| Costs this Invoice | | $442.92 |
| Total Due this Invoice | | $17,779.04 |
| Prior Balance Due (from above) | | 31,623.10 |
| TOTAL DUE | | $49,402.14 |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

KAYE | SCHOLER LLP

TO: John H. van Merkensteijn, III

April 14, 2015

**RE:** Ex-Dividend Trades
**Our File Number:** 63393/0009

**Invoice#:** 794632
**PAGE:** 18

---

**For Payor: van Merkensteijn, John H., III (63393)**

| | |
|---|---|
| **Fees thisInvoice** | **$17,861.46** |
| **Costs this Invoice** | **$456.36** |
| **Total this Invoice** | **$18,317.82** |
| **Less Adjustment** | **($538.78)** |
| **Total Due This Invoice** | **$17,779.04** |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

KAYE | SCHOLER LLP

TO: John H. van Merkensteijn, III April 14, 2015

**RE:** Ex-Dividend Trades **Invoice#:** 794632
**Our File Number:** 63393/0009 **PAGE:** 20



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: van Merkensteijn, John H., III
Our File Number: 63393/0009
Invoice Number: 794632
Total Amount Due: $17,779.04

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**