# Exhibit 80

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00004 | 2698162 | 3/31/2012 | $50,917.05 | - | $50,917.05 | ($50,917.05) | 4/24/2012 | - | |
| | 2699289 | 4/11/2012 | $8,604.70 | $40.15 | $8,644.85 | ($8,644.85) | 5/1/2012 | - | - |
| | 2702757 | 5/14/2012 | $30,571.30 | $2,125.73 | $32,697.03 | ($32,697.03) | 7/17/2012 | - | - |
| Duet - Ex-Dividend Transaction - Total | | | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |
| | | | | | | | | | |
| GRAND TOTAL | | | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |

6/15/2018 10:57:40 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355207



KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                      March 31, 2012
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019

**RE:** Ex-Dividend Transaction                          **Invoice#:** 698162
**Our File Number:**00647/0004                           **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| | | Hours |
|---|---|---|
| 03/01/2012 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt re ex-dividend/401(k) questions; call with Ezra accountant re tax filing matters. | |
| 03/01/2012 | Woodard, A.F. | 2.00 |
| | Office conference M. Ben-Jacob; conference call client, and review of material re proposed investment. | |
| 03/02/2012 | Woodard, A.F. | 2.75 |
| | Office conference M. Ben-Jacob, conference call client, and review of material re prohibited transactions, indicia of ownership and other issues. | |
| 03/03/2012 | Woodard, A.F. | 2.25 |
| | Research re indicia of ownership and ESOP loans. | |
| 03/05/2012 | Ben-Jacob, Michael | 2.08 |
| | Call with Ritch and Adam re potential new ex-dividend transactions; related calls with Chantis; calls with Rebecca re IRS certificates. | |
| 03/05/2012 | Woodard, A.F. | 1.75 |
| | Research re party-in-interest and ESOPs. | |
| 03/06/2012 | Ben-Jacob, Michael | 1.33 |
| | Call with John vanMerkensteijn regarding ex-Dividend transactions. Related call with Woody. | |
| 03/06/2012 | Woodard, A.F. | 0.75 |
| | Research re various issues re proposed investment. | |
| 03/07/2012 | Ben-Jacob, Michael | 0.33 |
| | Call with John vanMerkensteijn regarding answers to follow up questions related to ex-dividend transactions. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355208**

KAYE SCHOLER LLP

TO:     John H. van Merkensteijn                                          March 31, 2012

RE: Ex-Dividend Transaction                                    **Invoice#:** 698162
**Our File Number:** 00647/0004                               **PAGE:**   2

===========================================================================

| 03/07/2012 | Woodard, A.F. | 1.33 |
|---|---|---|

03/07/2012   Woodard, A.F.                                                1.33
Telephone conference M. Ben-Jacob and review of material re use of trust and other matters.

03/08/2012   Woodard, A.F.                                                1.17
Conference call client re various elements of proposed investment and research re same.

03/09/2012   Woodard, A.F.                                                0.67
Review of material re various issues.

03/12/2012   Ben-Jacob, Michael                                           0.33
Review Duet presentation regarding ex-dividend transactions.

03/12/2012   Woodard, A.F.                                                0.50
Telephone conference M. Stein re margin account and other matters.

03/13/2012   Ben-Jacob, Michael                                           1.92
Meetings, calls and e-mail re new ex-dividend transaction.

03/13/2012   Tuchman, L.                                                  0.75
Office conference with M. Ben-Jacob re: additional ex-dividend transactions; review same.

03/13/2012   Wells, Peter B                                               3.50
Discuss issues related to transaction. Review diligence file and work on issues related to the same. Draft and revise Resolutions for Ezra. Call with Ezra re the same.

03/14/2012   Ben-Jacob, Michael                                           1.50
Call with rich re structuring issues; related follow-up with Woody and attention to related e-mails.

03/14/2012   Woodard, A.F.                                                2.67
Office conference Ben-Jacob re proposed investment; conference call M. Ben-Jacob and client; research re various issues.

03/14/2012   Wells, Peter B                                               3.00
Review and revise resolutions for Ezra. Work on issue related to diligence. Work on indemnity agreement. Discuss issues re the same with Ezra.

03/15/2012   Ben-Jacob, Michael                                           2.75
Calls/e-mails re structuring issues.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355209**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    March 31, 2012

RE: Ex-Dividend Transaction                              **Invoice#:** 698162
**Our File Number:** 00647/0004                           **PAGE:**    3

===============================================================================

| 03/15/2012 | Tuchman, L. | 0.25 |
|---|---|---|
| | Office conference with M. Ben-Jacob re: Luxco structure. | |
| 03/15/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob, telephone conferences M. Ben-Jacob and client, review of material. | |
| 03/16/2012 | Ben-Jacob, Michael | 2.50 |
| | Call with Rich and further calls and follow-up with Duet group; related calls with Peter. | |
| 03/16/2012 | Woodard, A.F. | 2.17 |
| | Review of material re various issues. | |
| 03/16/2012 | Wells, Peter B | 4.00 |
| | Work in issues related to IRAs and related matters. Work on issues related to diligence related to transaction. Follow-up on issues related Delaware trusts and trustees. | |
| 03/19/2012 | Ben-Jacob, Michael | 0.42 |
| | Ex-Dividend:  Attention to emails and conference with Louis. | |
| 03/19/2012 | Woodard, A.F. | 2.25 |
| | Telephone conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 03/19/2012 | Wells, Peter B | 2.00 |
| | Call with Glenmede re Delaware Trust planning. Review and revise Gravenhage Trust. Follow-up on issues re the same. | |
| 03/20/2012 | Ben-Jacob, Michael | 0.25 |
| | Ex-Dividend:  Attention to emails re: structure for transaction. | |
| 03/20/2012 | Woodard, A.F. | 2.67 |
| | Telephone conferences R. Markowitz and review of material re fiduciary status and other matter. | |
| 03/20/2012 | Wells, Peter B | 1.67 |
| | Review due diligence documents. Review correspondence re structures. Discuss the same with Mr. Woodard. | |
| 03/21/2012 | Tuchman, L. | 1.00 |
| | Review documents for ex-dividend transactions. | |

KAYE SCHOLER LLP

| | |
|---|---|
| TO:    John H. van Merkensteijn | March 31, 2012 |
| **RE:** Ex-Dividend Transaction | **Invoice#:** 698162 |
| **Our File Number:** 00647/0004 | **PAGE:**   4 |

====================================================================

| | | |
|---|---|---|
| 03/21/2012 | Woodard, A.F. | 2.83 |
| | Review of draft Investment Management and other documents; review of fiduciary rules. | |
| 03/21/2012 | Wells, Peter B | 1.50 |
| | Review swap documents. | |
| 03/22/2012 | Tuchman, L. | 0.58 |
| | Review of documents; office conference with M. Ben-Jacob re: partnerships and structural issues. | |
| 03/22/2012 | Woodard, A.F. | 2.67 |
| | Telephone conference R. Markowitz, preparation of memo re Duet and review of material. | |
| 03/23/2012 | Ben-Jacob, Michael | 1.75 |
| | Ex-Dividend:  Attention to emails, call with Duet.  Call with Richard Louis.  Related calls with Woody. | |
| 03/23/2012 | Tuchman, L. | 2.33 |
| | Review Gibraltar LP agreement; telephone conferences and office conferences with A.F. Woodard and review his memorandum; review swap document; conference call with M. Ben-Jacob and R. Markowitz. | |
| 03/23/2012 | Woodard, A.F. | 1.25 |
| | Office conference L. Tuchman re proposed transaction and review of material. | |
| 03/26/2012 | Ben-Jacob, Michael | 1.33 |
| | Ex-Dividend:  Call with Duet group.  Follow up conference with Woody. | |
| 03/26/2012 | Woodard, A.F. | 3.58 |
| | Office conference M. Ben-Jacob, research re Duet issues, and preparation of memo re such issues. | |
| 03/27/2012 | Ben-Jacob, Michael | 0.42 |
| | Conference with Woody and email to Rich re: PPM. | |
| 03/27/2012 | Woodard, A.F. | 2.92 |
| | Preparation of memo re Duet's status and review of material re same; review of PPM and office conference M. Ben-Jacob re same. | |
| 03/28/2012 | Ben-Jacob, Michael | 0.75 |
| | Ex-Dividend:  Review LP Agreement memo re: IRA. | |

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                                    March 31, 2012

**RE:** Ex-Dividend Transaction                                             **Invoice#:** 698162
**Our File Number:** 00647/0004                                          **PAGE:**    5

=====================================================================

| | | |
|---|---|---|
| 03/28/2012 | Woodard, A.F. | 2.00 |

Revision of memo re Duet's role and telephone conference M. Ben-Jacob re same; review of material re loan from IRA.

| | | |
|---|---|---|
| 03/29/2012 | Ben-Jacob, Michael | 5.00 |

Review/edit LP agreement and PPM, attend call with Duet Group and preliminary call with Rich, meetings with Louis and Woody to discuss related issues.

| | | |
|---|---|---|
| 03/29/2012 | Woodard, A.F. | 1.75 |

Office conference M. Ben-Jacob re "reasonable compensation" issues and review of material re same.

Total Hours................. 85.75

Fees through 03/31/2012.................................... $65,917.05

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 23.91 | $17,454.30 |
| Tuchman, L. | 895.00 | 4.91 | 4,394.45 |
| Woodard, A.F. | 825.00 | 41.26 | 34,039.50 |
| Wells, Peter B | 640.00 | 15.67 | 10,028.80 |
| Fees through 03/31/2012............... | | 85.75 | $65,917.05 |

| | | |
|---|---|---|
| Fees this Invoice................................................ | $65,917.05 | |
| Less Discount of................................................. | (15,000.00) | |
| Adjusted Fees.......................................................... | | $50,917.05 |
| **Total Due this Invoice........................................** | | **$50,917.05** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355212**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 698162
Total Amount Due: $50,917.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355213



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                              April 11, 2012
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019


**RE:** Ex-Dividend Transaction                         **Invoice#:** 699289
**Our File Number:**00647/0004                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | Hours |
|---|---|---|
| 03/02/2012 | Veillette, Rebecca | 3.33 |
| | Administration matters regarding new dividend deal and charities. | |
| 03/05/2012 | Veillette, Rebecca | 2.67 |
| | Administration matters in connection with dividend deal. | |
| 03/06/2012 | Veillette, Rebecca | 2.00 |
| | Administration regarding documentation for charities. | |
| 03/07/2012 | Veillette, Rebecca | 2.25 |
| | Administration matters. | |
| 03/15/2012 | Veillette, Rebecca | 3.08 |
| | Formation of 4 new LLCs, attention to patriot act forms.  Conference with Peter Wells. | |
| 03/16/2012 | Veillette, Rebecca | 2.67 |
| | Attention to KYC information for new dividend deal.  Prepare table of contents.  Conferences with Peter Wells. | |
| 03/22/2012 | Veillette, Rebecca | 1.08 |
| | Attention to new formation of new LLCs. | |
| 03/23/2012 | Veillette, Rebecca | 0.33 |
| | Administration matters. | |
| 03/28/2012 | Veillette, Rebecca | 1.00 |
| | Attention to e-mail correspondence regarding new dividend deal. | |
| 03/30/2012 | Ben-Jacob, Michael | 3.50 |
| | Review/edit LP agreement. Related emails, call with Rich and further revisions. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                          April 11, 2012

**RE:** Ex-Dividend Transaction                                    **Invoice#:** 699289
**Our File Number:** 00647/0004                                    **PAGE:**    2

===============================================================================

03/30/2012   Woodard, A.F.                                                      0.75
             Review of material re fiduciary issues.              ----------
                                                   Total Hours................    22.66
                     Fees through 03/31/2012...................................    $8,604.70


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*
                                    Rate          Hours          Fees
Ben-Jacob, Michael               $730.00          3.50        $2,555.00
Woodard, A.F.                     825.00          0.75          618.75
Veillette, Rebecca                295.00         18.41        5,430.95
                     Fees through 03/31/2012...............    22.66        $8,604.70

\*----------------------COSTS ADVANCED THROUGH 03/31/2012----------------------\*
             Duplicating                                         $3.40
             Meals                                               36.75
                                                          --------------------
                     Total Costs through 03/31/2012.......................    $40.15

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*
         **Invoice#**              **Date**                     **Amount**
         698162              03/31/2012                       $50,917.05
             Prior Balance Due........................................................    $50,917.05


             Fees this Invoice...........................................................    $8,604.70
             Costs this Invoice..........................................................    $40.15
             Total Due this Invoice....................................................    $8,644.85
             Prior Balance Due (from above)..................................    50,917.05

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                      April 11, 2012

**RE:** Ex-Dividend Transaction                           **Invoice#:** 699289
**Our File Number:** 00647/0004                             **PAGE:**    3

**TOTAL DUE**.................................................................    **$59,561.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355216**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 699289
Total Amount Due: $59,561.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                    May 14, 2012
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019

**RE:** Duet - Ex-Dividend Transaction                    **Invoice#:** 702757
**Our File Number:** 00647/0004                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

| | | Hours |
|---|---|---:|
| 03/13/2012 | Woodard, A.F. | 2.83 |
| | Research and review of material re use of IRA, prohibited transaction rules and other issues. | |
| 03/18/2012 | Woodard, A.F. | 0.92 |
| | Review of material re UBTI and other issues. | |
| 04/01/2012 | Woodard, A.F. | 1.42 |
| | Review of material re IRA investment in another entity. | |
| 04/02/2012 | Ben-Jacob, Michael | 3.00 |
| | Review IMA, related calls and e-mails with Rich and Woody. | |
| 04/02/2012 | Woodard, A.F. | 0.83 |
| | Telephone conferences R. Markowitz and M. Ben-Jacob re use of IRA in proposed transaction. | |
| 04/02/2012 | Wells, Peter B | 0.75 |
| | Review new operating agreement. | |
| 04/02/2012 | Veillette, Rebecca | 0.50 |
| | Attention to Otztal LLC documents. | |
| 04/03/2012 | Ben-Jacob, Michael | 2.00 |
| | Call with Duet Group.  Follow up call with Rich.  Follow up with Woody and Louis on open issues. | |
| 04/03/2012 | Woodard, A.F. | 0.67 |
| | Telephone conference M. Ben-Jacob and e-mails re various issues re the IRA. | |
| 04/03/2012 | Wells, Peter B | 1.83 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355218**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                      May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                    **Invoice#:** 702757
**Our File Number:** 00647/0004                               **PAGE:**    2

===============================================================================

|  |  |  |
|---|---|---|
|  | Work on issues related to foreign reporting requirements. |  |
| 04/03/2012 | Veillette, Rebecca | 0.50 |
|  | Follow-up regarding Otztal LLC KYC information. |  |
| 04/04/2012 | Woodard, A.F. | 0.67 |
|  | Review of material re IRA and documents. |  |
| 04/04/2012 | Wells, Peter B | 1.25 |
|  | Work on issues related to diligence. |  |
| 04/04/2012 | Veillette, Rebecca | 1.58 |
|  | Attention to amended operating agreement. |  |
| 04/04/2012 | Veillette, Rebecca | 2.92 |
|  | Attention to Ezra KYC documentation. |  |
| 04/05/2012 | Ben-Jacob, Michael | 2.75 |
|  | Review/analysis of open issues and related e-mail to Rich; prepare Subordinated Note; conferences with Louis; e-mail to Rich regarding call on GP shares; telephone conference with Duet Group. |  |
| 04/05/2012 | Veillette, Rebecca | 0.83 |
|  | Administration/tax matters. |  |
| 04/06/2012 | Wells, Peter B | 1.42 |
|  | Work on issues related to U.S. reporting. |  |
| 04/10/2012 | Ben-Jacob, Michael | 1.25 |
|  | Numerous calls, emails and conferences to address numerous deal issues. Attention to edits to LPA and IMA. |  |
| 04/10/2012 | Woodard, A.F. | 0.42 |
|  | Office conference M. Ben-Jacob and review of material. |  |
| 04/12/2012 | Ben-Jacob, Michael | 6.17 |
|  | Review/edit LPA, IMA and side letter.  Attention to related emails. calls with Rich and Duet.  Follow up call with Matt.  Further edits to documents and related emails. |  |
| 04/12/2012 | Veillette, Rebecca | 2.25 |
|  | Administration matters regarding documentation for dividend deal. |  |
| 04/15/2012 | Ben-Jacob, Michael | 3.50 |
|  | Numerous calls, emails with Rich and Group; review Duet documents, etc. |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355219**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                  **Invoice#:** 702757
**Our File Number:** 00647/0004                          **PAGE:**    3

===============================================================================

| | | |
|---|---|---|
| 04/16/2012 | Ben-Jacob, Michael | 2.42 |
| | Call with Duet; numerous calls, emails with Rich and Group; review Duet documents, etc. | |
| 04/16/2012 | Tuchman, L. | 1.75 |
| | Review swap, LP agreement and other documents. | |
| 04/16/2012 | Veillette, Rebecca | 1.75 |
| | Administrative matters. | |
| 04/19/2012 | Wells, Peter B | 1.25 |
| | Follow-up on issues related reporting. | |

                                                Total Hours.................    47.43

                        Fees through 04/30/2012.....................    $30,571.30


\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 21.09 | $15,395.70 |
| Tuchman, L. | 895.00 | 1.75 | 1,566.25 |
| Woodard, A.F. | 825.00 | 7.76 | 6,402.00 |
| Wells, Peter B | 640.00 | 6.50 | 4,160.00 |
| Veillette, Rebecca | 295.00 | 10.33 | 3,047.35 |
| Fees through 04/30/2012............... | | 47.43 | $30,571.30 |

\*-----------------------COSTS ADVANCED THROUGH 04/30/2012----------------------\*

| | |
|---|---|
| Transportation | $111.58 |
| Meals | 211.94 |
| Messengers/Courier | 157.21 |
| Filing Fees/Court Fees | 1,645.00 |
| Total Costs through 04/30/2012........................ | $2,125.73 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355220**

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                          May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                          **Invoice#:** 702757
**Our File Number:** 00647/0004                                    **PAGE:**    4

Fees this Invoice............................................................    $30,571.30
Costs this Invoice..........................................................    $2,125.73
**Total Due this Invoice...........................................**    **$32,697.03**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355221**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 702757
Total Amount Due: $32,697.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355222**