# Exhibit 95

| | |
|---|---|
| **From:** | Richard Markowitz </O=OEXCH012/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS /CN=RMARKOWITZ> |
| **To:** | Adam Larosa; Alicia O'Donnell |
| **Sent:** | 4/20/2012 11:04:03 AM |
| **Subject:** | FW: Anti-money laundering regulation - Argre Management LLC |

We need to get some KYC information to Freshfields in Belgium.  Can you get this to them asap.


--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019


Tel:        (212) 247-2600
Fax:        (212) 247-2753
Mobile:   (917) 848-5675


RMarkowitz@Argremgt.com


------ Forwarded Message
**From:** <nancy.hoevenaars@freshfields.com>
**Date:** Fri, 20 Apr 2012 16:35:47 +0200
**To:** Richard MARKOWITZ <rmarkowitz@argremgt.com>
**Subject:** Anti-money laundering regulation - Argre Management LLC

SENT ON BEHALF OF AXEL HAELTERMAN

Dear Sir,

As we are under the legal obligation to identify the client before we are allowed to provide any further legal service and in order to comply with this regulation we kindly ask you to send us the following identification evidence on paper or via email as soon as possible:
- a copy of the constitutional documents stating the company's full name; place of its registered office and the identity of all directors;

- a copy of a shareholder's register or any other document evidencing who are the ultimate owners of the company;

- a copy of your ID card as a contact person in the company.

We apologize for the inconvenience this may cause you.

Kind regards

Nancy Hoevenaars
PA to Axel Haelterman, Emilie Maes and Robert Neyt
Freshfields Bruckhaus Deringer LLP
Bastion Tower
Marsveldplein/Place du Champ de Mars 5
B - 1050 Brussels
T  +32 2 504 7265
F  +32 2 404 7265

**CONFIDENTIAL**                                                                                            **WH_MDL_00461722**

nancy.hoevenaars@freshfields.com <mailto:nancy.hoevenaars@freshfields.com>
www.freshfields.com <http://www.freshfields.com/>

This email is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply email and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation. Please contact our IT Helpdesk on +44 (0) 20 7785 2000 or email ITHelpdesk@freshfields.com if you need assistance.

 Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789. It is authorised and regulated by the Solicitors Regulation Authority. In Belgium, it is registered with the RPM/RPR Brussels number 0538 335 152 and professional rules are available at www.barreaudebruxelles.be and www.baliebrussel.be. For regulatory information please refer to www.freshfields.com/support/legalnotice.

 A list of the members (and of the non-members who are designated as partners) of Freshfields Bruckhaus Deringer LLP and their qualifications is available for inspection at its registered office, 65 Fleet Street, London EC4Y 1HS. Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer LLP or any of its affiliated firms or entities.

------ End of Forwarded Message